Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com
*Attorney for Defendant Anastasia Popova*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANASTASIA POPOVA, DOES 1 through 50, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> DREAM MARRIAGE GROUP, INC., <br><br> Nominal Party. | Case No: 2:13-cv-02090-JAD-VCF <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT POPOVA'S TIME FOR RESPONDING TO COMPLAINT** |

WHEREAS the Complaint in this matter was removed from District Court of Nevada for the Eighth Judicial District on November 13, 2013, and presently Defendant Anastasia Popova's time for responding to the Complaint in this matter shall, pursuant to Fed.R.Civ.P. 81(c)(2)(C),

///

///

///

1  Expire on November 20, 2013, the undersigned parties, by and through their attorneys of record
2  and pursuant to Local Rule 7-1, HEREBY STIPULATE that the time for Defendant Anastasia
3  Popova to respond to the Complaint in this matter shall be extended to and include December 5,
4  2013.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: *(signature)* <br> G. Mark Albright, Esq. <br> Nevada State Bar No. 1394 <br> Albright, Stoddard, Warnick & Albright <br> 801 S. Rancho Drive, St. D-4 <br> Las Vegas, NV 89106 <br><br> *Attorney for Plaintiff Ilia N. Zavialov* | By: */s/ Bradley Schrager, Esq.* <br> Bradley Schrager, Esq. <br> Nevada State Bar No. 10217 <br> Daniel Bravo, Esq. <br> Nevada State Bar No. 13078 <br> WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, Nevada 89120-2234 <br><br> *Attorney for Defendant Anastasia Popova* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____

1511734.1                                         -2-