Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com

*Attorney for Defendant Anastasia Popova*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., | Case No: 2:13-cv-02090-JAD-VCF |
| Plaintiff, | |
| vs. | |
| ANASTASIA POPOVA, DOES 1 through 50, Inclusive, | **STATEMENT REGARDING REMOVAL** |
| Defendants, | |
| -and- | |
| DREAM MARRIAGE GROUP, INC., | |
| Nominal Party. | |

Defendant Anastasia Popova (hereinafter "Defendant") submits the following statement regarding removal pursuant to the Court's order [Dkt. 3] of November 13, 2013:

1. <u>Date Complaint Was Served:</u> Defendant was served on October 15, 2013. Copies of the documents served on Defendant are attached to the Petition for Removal [Dkt. 1] as

1  Exhibit A pursuant to 28 U.S.C. § 1446(a). To Defendant's knowledge, no other defendant has
2  been properly served with process.

3      2.    <u>Date Summons Was Served:</u>    Defendant was served on October 15, 2013.
4  Copies of the documents served on Defendant are attached to the Petition for Removal [Dkt. 1] as
5  Exhibit A pursuant to 28 U.S.C. § 1446(a). To Defendant's knowledge, no other defendant has
6  been properly served with process.

7      3.    <u>Diversity Jurisdiction:</u>    Plaintiff is a citizen of the State of Washington. *See*, *e.g.*,
8  Verified Compl. ¶ 1.

9      Defendant is a citizen of the State of California. *See*, *e.g.*, Verified Compl. ¶ 1.

10      Dream Marriage Group, Inc. is a nominal defendant. *See*, *e.g.*, Verified Compl. ¶ 1. For
11  removal purposes, the citizenship of a nominal party is disregarded. *Roth v. Davis*, 231 F.2d 681,
12  683 (9th Cir. 1956). Furthermore, a nominal party is not required to join in the Notice of Removal
13  for this reason. *See* 28 U.S.C. § 1441(a); *Knutson v. Allis-Chalmers Corp.*, 358 F. Supp. 2d 983,
14  991 (D. Nev. 2005) (*Hewitt v. City of Stanton*, 798 F.2d 1230, 1233 (9th Cir. 1986)).

15      For removal purposes, the citizenship of Does 1-50, inclusive, is disregarded. *See* 28
16  U.S.C. § 1441(a); *Hewitt*, 798 F.2d at 1233.

17      Complete diversity exists between all active parties to this litigation.

18      The amount in controversy in this action exceeds $75,000.00. The Verified Complaint
19  alleges "Defendant has diverted approximately $1,200,00.00, of which $740,000.00 is liquid cash"
20  that Plaintiff seeks to recover. *See*, *e.g.*, Verified Compl. ¶ 32.

21      In sum, Plaintiff is a citizen of Washington, and Defendant is a citizen of California. The
22  amount in controversy exceeds $75,000.00, exclusive of costs and interest. Therefore, the Court
23  has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

24      4.    <u>Notice of Removal Was Timely:</u>    Defendant was served on October 15, 2013.
25  Defendant filed the Petition for Removal on November 13, 2013, within the 30-day time limit
26  allowed under 28 U.S.C. § 1446(b). Upon information and belief, no other defendant has been
27  served with process.

28

5. <u>Action Commenced More Than One Year Before Date of Removal:</u>   This action was not commenced in state court more than one year prior to the date of removal on November 13, 2013.

6. <u>Name(s) of Any Defendant(s) Known to Have Been Served Before Removal Filed:</u> Upon information and belief, no other defendants have been served with process.

DATED this 26th day of November, 2013.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:   /s/ Bradley Schrager, Esq.
Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234

*Attorney for Defendant Anastasia Popova*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and that on the 26th day of November, 2013, I served a true and correct copy of the foregoing STATEMENT REGARDING REMOVAL upon all counsel of record by electronically serving the document using the Court's electronic filing system.

By  */s/ Michael J. Hannon*
Michael J. Hannon, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP