Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com

*Attorney for Defendant Anastasia Popova*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANASTASIA POPOVA, DOES 1 through 50, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> DREAM MARRIAGE GROUP, INC., <br><br> Nominal Party. | Case No: 2:13-cv-2090 <br><br> **PROOF OF SERVICE PER ORDER OF COURT NOVEMBER 13, 2013** |

I hereby certify that on this 27th day of November, 2013, a true and correct copy of the **PROOF OF SERVICE PER ORDER OF COURT NOVEMBER 13, 2013** was placed in an envelope, postage prepaid, addressed as stated below, in the basket for outgoing mail before 4:00 p.m. at WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP. The firm has established procedures so that all mail placed in the basket before 4:00 p.m. is taken that same day by an

1  employee and deposited in a U.S. Mail box.

2  G. Mark Albright, Esq.
3  Albright, Stoddard, Warnick & Albright
   801 S. Rancho Drive, Ste. D-4
4  Las Vegas, NV 89106
   *Attorney for Plaintiff Ilia N. Zavialov*
5

6  Dream Marriage Group, Inc.
   c/o Solutions, Inc., Registered Agent
7  4625 West Nevso Drive, Suite 2
   Las Vegas, NV  89103
8  *Nominal Party*

9

10                              By  */s/ Yolanda C. Nance*
                                    Yolanda C. Nance, an Employee of
11                                  WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                                    RABKIN, LLP
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1518615.1                              2