Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com

*Attorney for Defendant Anastasia Popova*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., | Case No: 2:13-cv-02090-JAD-VCF |
| Plaintiff, | |
| vs. | |
| ANASTASIA POPOVA, DOES 1 through 50, Inclusive, | |
| Defendants, | |
| -and- | |
| DREAM MARRIAGE GROUP, INC., | |
| Nominal Party. | |

## REQUEST FOR JUDICIAL NOTICE

Defendant Anastasia Popova (hereinafter "Defendant") hereby request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of Exhibits 1-6 to the Declaration of Bradley Schrager, Esq., in Support of Defendant's Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention or, in the Alternative, to Transfer on Grounds of

*Forum Non Conveniens* ("Schrager Dec."), below. A federal court must take judicial notice of facts "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

Each of the listed exhibits attached to the Schrager Dec. is in the record of this Court, the Eighth Judicial District (*Ilia Zavialov, in the right of and for the benefit of Dream Marriage Group, Inc., v. Anastasia Popova, et al.*, Case No. A-13-6900188-C), the Superior Court of Los Angeles County, California (*In Re Marriage of Popova/Zavialov*, Case No. BD 588 375), the United States District Court for the Central District of California (*Dream Marriage Group, Inc. and Dream World Partners, Inc. v. Anastasia Popova, et al.*, Case No. V13-7659SH), or the Superior Court of Clark County, Washington (*In re the Marriage of Ilia Zavialov and Anastasia Popova*, Case No. 13-3-02205-0).

Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *United States ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

DATED this 5th day of December, 2013.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By:  /s/ Bradley Schrager, Esq.
Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234

*Attorney for Defendant Anastasia Popova*

# DECLARATION OF BRADLEY SCHRAGER

I, Bradley Schrager, Esq., under penalty of perjury, declare:

I am an attorney with the law firm Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, counsel for Defendant in the above-captioned action. I make this Declaration in support of Defendant's Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention or, in the Alternative, to Transfer on Grounds of *Forum Non Conveniens* filed simultaneously. The facts set forth below are within my personal knowledge, except as otherwise indicated.

The documents attached as Exhibits 1-6 hereto, as listed below, are true and correct copies of documents filed in the action *Ilia Zavialov, in the right of and for the benefit of Dream Marriage Group, Inc., v. Anastasia Popova, et al.*, No. A-13-6900188-C (Eighth Judicial District) and No. 2:13-cv-02090-JAD-VCF (D. Nev.), *In Re Marriage of Popova/Zavialov*, No. BD 588 375 (Superior Court of Los Angeles County, California), *Dream Marriage Group, Inc. and Dream World Partners, Inc. v. Anastasia Popova, et al.*, No. V13-7659SH (C.D. Cal.), or *In re the Marriage of Ilia Zavialov and Anastasia Popova*, No. 13-3-02205-0 (Superior Court of Clark County, Washington).

| **Document** | **Exhibit** |
|---|---|
| Plaintiff Ilia N. Zavialov's Verified Complaint (*Zavialov*) (filed October 15, 2013) | 1 |
| Defendant Anastasia Popova's Petition for Dissolution of Marriage (*In Re Marriage of Popova*) (filed September 6, 2013) | 2 |
| Defendant Anastasia Popova's Request for Order-Control of Company (*In Re Marriage of Popova*) (filed September 17, 2013) | 3 |
| Plaintiff Ilia N. Zavialov's C.D. Cal. Complaint (*Dream Marriage Group, Inc.*) (filed October 16, 2013) | 4 |
| Plaintiff Ilia N. Zavialov's Petition for Dissolution of Marriage (*In Re Marriage of Zavialov*) (filed October 18, 2013) | 5 |
| Superior Court of Los Angeles County, California Tentative Ruling on Plaintiff Ilia N. Zavialov's Motion to Quash Defendant Anastasia Popova's Petition for Dissolution of Marriage | 6 |

Defendant Anastasia Popova's Notice of Removal (*Zavialov*)
(filed November 11, 2013) .................................................................... 7

Under penalties of perjury under the laws of the United States of America and the State of Nevada, I declare that the foregoing is true and correct to my own knowledge, except as to those matters stated on information and belief, and that as to such matters I believe to be true.

By: /s/ _____
BRADLEY SCHRAGER, ESQ.

*Attorney for Defendant Anastasia Popova*