EXHIBIT 2

# SUMMONS (Family Law)
# CITACIÓN (Derecho familiar)

**FL-110**

**NOTICE TO RESPONDENT** *(Name):* ILIA ZAVIALOV
*AVISO AL DEMANDADO (Nombre):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 06 2013

John A. Clarke, Executive Officer/Clerk
By: L. Murillo, Deputy

**You are being sued.** *Lo están demandando.*

**Petitioner's name is:** ANASTASIA POPOVA
*Nombre del demandante:*

**CASE NUMBER** *(NÚMERO DE CASO):* BD588375

You have **30 calendar days** after this *Summons* and *Petition* are served on you to file a *Response* (form FL-120 or FL-123) at the court and have a copy served on the petitioner. A letter or phone call will not protect you.

*Tiene 30 días corridos después de haber recibido la entrega legal de esta Citación y Petición para presentar una Respuesta (formulario FL-120 ó FL-123) ante la corte y efectuar la entrega legal de una copia al demandante. Una carta o llamada telefónica no basta para protegerlo.*

If you do not file your *Response* on time, the court may make orders affecting your marriage or domestic partnership, your property, and custody of your children. You may be ordered to pay support and attorney fees and costs. If you cannot pay the filing fee, ask the clerk for a fee waiver form.

*Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales. Si no puede pagar la cuota de presentación, pida al secretario un formulario de exención de cuotas.*

If you want legal advice, contact a lawyer immediately. You can get information about finding lawyers at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, or by contacting your local county bar association.

*Si desea obtener asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar a un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio Web de los Servicios Legales de California (www.lawhelpcalifornia.org) o poniéndose en contacto con el colegio de abogados de su condado.*

**NOTICE:** The restraining orders on page 2 are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. These orders are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them.

*AVISO: Las órdenes de restricción que figuran en la página 2 valen para ambos cónyuges o pareja de hecho hasta que se despida la petición, se emita un fallo o la corte dé otras órdenes. Cualquier autoridad de la ley que haya recibido o visto una copia de estas órdenes puede hacerlas acatar en cualquier lugar de California.*

**NOTE:** If a judgment or support order is entered, the court may order you to pay all or part of the fees and costs that the court waived for yourself or for the other party. If this happens, the party ordered to pay fees shall be given notice and an opportunity to request a hearing to set aside the order to pay waived court fees.

*AVISO: Si se emite un fallo u orden de manutención, la corte puede ordenar que usted pague parte de, o todas las cuotas y costos de la corte previamente exentas a petición de usted o de la otra parte. Si esto ocurre, la parte ordenada a pagar estas cuotas debe recibir aviso y la oportunidad de solicitar una audiencia para anular la orden de pagar las cuotas exentas.*

1. The name and address of the court are *(El nombre y dirección de la corte son):*
   SUPERIOR COURT OF CALIFORNIA
   111 N. HILL STREET
   SAME
   LOS ANGELES, CA 90012

2. The name, address, and telephone number of petitioner's attorney, or the petitioner without an attorney, are:
   *(El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):*
   TROPE AND TROPE LLP                         310-207-8228
   SORRELL TROPE (State Bar 21103)             21103
   12121 WILSHIRE BOULEVARD, SUITE 801
   LOS ANGELES, CA 90025

Date *(Fecha):* SEP 06 2013       JOHN A. CLARKE Clerk, by *(Secretario, por)* G. Gammage, Deputy *(Asistente)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
*AVISO A LA PERSONA QUE RECIBIÓ LA ENTREGA: Esta entrega se realiza*
a. [X] as an individual. *(a usted como individuo.)*
b. [ ] on behalf of respondent who is a *(en nombre de un demandado que es):*
  (1) [ ] minor *(menor de edad)*
  (2) [ ] ward or conservatee *(dependiente de la corte o pupilo)*
  (3) [ ] other (specify) *(otro – especifique):*

*(Read the reverse for important information.) (Lea importante información al dorso.)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-110 [Rev. July 1, 2009]

**SUMMONS (Family Law)**

Legal Solutions Plus

Family Code §§ 232, 233, 2040, 7700;
Code of Civil Procedure, §§ 412.20, 416.60-416.90
Government Code, § 68637

### WARNING—IMPORTANT INFORMATION

**WARNING:** California law provides that, for purposes of division of property upon dissolution of a marriage or domestic partnership or upon legal separation, property acquired by the parties during marriage or domestic partnership in joint form is presumed to be community property. If either party to this action should die before the jointly held community property is divided, the language in the deed that characterizes how title is held (i.e., joint tenancy, tenants in common, or community property) will be controlling, and not the community property presumption. You should consult your attorney if you want the community property presumption to be written into the recorded title to the property.

### STANDARD FAMILY LAW RESTRAINING ORDERS

Starting immediately, you and your spouse or domestic partner are restrained from

1. Removing the minor child or children of the parties, if any, from the state without the prior written consent of the other party or an order of the court;
2. Cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties and their minor child or children;
3. Transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, without the written consent of the other party or an order of the court, except in the usual course of business or for the necessities of life; and
4. Creating a nonprobate transfer or modifying a nonprobate transfer in a manner that affects the disposition of property subject to the transfer, without the written consent of the other party or an order of the court. Before revocation of a nonprobate transfer can take effect or a right of survivorship to property can be eliminated, notice of the change must be filed and served on the other party.

You must notify each other of any proposed extraordinary expenditures at least five business days prior to incurring these extraordinary expenditures and account to the court for all extraordinary expenditures made after these restraining orders are effective. However, you may use community property, quasi-community property, or your own separate property to pay an attorney to help you or to pay court costs.

### ADVERTENCIA – INFORMACIÓN IMPORTANTE

*ADVERTENCIA: De acuerdo a la ley de California, las propiedades adquiridas por las partes durante su matrimonio o pareja de hecho en forma conjunta se consideran propiedad comunitaria para los fines de la división de bienes que ocurre cuando se produce una disolución o separación legal del matrimonio o pareja de hecho. Si cualquiera de las partes de este caso llega a fallecer antes de que se divida la propiedad comunitaria de tenencia conjunta, el destino de la misma quedará determinado por las cláusulas de la escritura correspondiente que describen su tenencia (por ej., tenencia conjunta, tenencia en común o propiedad comunitaria) y no por la presunción de propiedad comunitaria. Si quiere que la presunción comunitaria quede registrada en la escritura de la propiedad, debería consultar con un abogado.*

### ÓRDENES DE RESTRICCIÓN NORMALES DE DERECHO FAMILIAR

*En forma inmediata, usted y su cónyuge o pareja de hecho tienen prohibido:*

1. *Llevarse del estado de California a los hijos menores de las partes, si los hubiere, sin el consentimiento previo por escrito de la otra parte o una orden de la corte;*
2. *Cobrar, pedir prestado, cancelar, transferir, deshacerse o cambiar el nombre de los beneficiarios de cualquier seguro u otro tipo de cobertura, tal como de vida, salud, vehículo y discapacidad, que tenga como beneficiario(s) a las partes y su(s) hijo(s) menor(es);*
3. *Transferir, gravar, hipotecar, ocultar o deshacerse de cualquier manera de cualquier propiedad, inmueble o personal, ya sea comunitaria, cuasicomunitaria o separada, sin el consentimiento escrito de la otra parte o una orden de la corte, con excepción las operaciones realizadas en el curso normal de actividades o para satisfacer las necesidades de la vida; y*
4. *Crear o modificar una transferencia no testamentaria de manera que afecte el destino de una propiedad sujeta a transferencia, sin el consentimiento por escrito de la otra parte o una orden de la corte. Antes de que se pueda eliminar la revocación de una transferencia no testamentaria, se debe presentar ante la corte un aviso del cambio y hacer una entrega legal de dicho aviso a la otra parte.*

*Cada parte tiene que notificar a la otra sobre cualquier gasto extraordinario propuesto, por lo menos cinco días laborales antes de realizarlo, y rendir cuenta a la corte de todos los gastos extraordinarios realizados después de que estas órdenes de restricción hayan entrado en vigencia. No obstante, puede usar propiedad comunitaria, cuasicomunitaria o suya separada para pagar a un abogado o para ayudarle a pagar los costos de la corte.*

FL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TROPE AND TROPE LLP<br>SORRELL TROPE (State Bar 21103)<br>12121 WILSHIRE BOULEVARD<br>SUITE 801<br>LOS ANGELES, CA 90025<br>TELEPHONE NO.: 310-207-8228   FAX NO. *(Optional)*: 310-826-1122<br>E-MAIL ADDRESS *(Optional)*: STROPE@TROPEANDTROPE.COM<br>ATTORNEY FOR *(Name)*: ANASTASIA POPOVA | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 06 2013<br><br>John A. Clarke, Executive Officer/Clerk<br>By: L. Murillo, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 N. HILL STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL JUDICIAL DISTRCIT | |
| MARRIAGE OF<br>PETITIONER: ANASTASIA POPOVA<br><br>RESPONDENT: ILIA ZAVIALOV | |

| PETITION FOR<br>[X] **Dissolution of Marriage**<br>[ ] **Legal Separation**<br>[ ] **Nullity of Marriage**         [ ] **AMENDED** | CASE NUMBER:<br><br>BD588375 |
|---|---|

1. RESIDENCE (Dissolution only) [X] Petitioner [ ] Respondent  has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition for Dissolution of Marriage*.

2. STATISTICAL FACTS
   a. Date of marriage: MAY 1, 2003
   b. Date of separation: AUGUST 26, 2013
   c. Time from date of marriage to date of separation *(specify)*:
      Years: 10     Months: 3

3. DECLARATION REGARDING MINOR CHILDREN *(include children of this relationship born prior to or during the marriage or adopted during the marriage)*:
   a. [ ] There are no minor children.
   b. [X] The minor children are:

   | Child's name | Birthdate | Age | Sex |
   |---|---|---|---|
   | ANDRE ZAVIALOV | 7/17/11 | 2 | MALE |

   [ ] Continued on Attachment 3b.
   c. If there are minor children of the Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   d. [ ] A completed voluntary declaration of paternity regarding minor children born to the Petitioner and Respondent prior to the marriage is attached.

4. SEPARATE PROPERTY
   Petitioner requests that the assets and debts listed [ ] in *Property Declaration* (form FL-160) [ ] in Attachment 4
   [X] below     be confirmed as separate property.

   | Item | Confirm to |
   |---|---|
   | TO BE DETERMINED. | |

NOTICE: You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child or spousal support.

| MARRIAGE OF (last name, first name of parties): MARRIAGE OF POPOVA/ZAVIALOV | CASE NUMBER: |
|---|---|

5. **DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN**
   a. ☐ There are no such assets or debts subject to disposition by the court in this proceeding.
   b. ☒ All such assets and debts are listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 5b.
      ☒ below (specify):
      TO BE DETERMINED.

6. **Petitioner requests**
   a. ☒ dissolution of the marriage based on
      (1) ☒ irreconcilable differences. (Fam. Code, § 2310(a).)
      (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)
   b. ☐ legal separation of the parties based on
      (1) ☐ irreconcilable differences. (Fam. Code, § 2310(a).)
      (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)
   c. ☐ nullity of void marriage based on
      (1) ☐ incestuous marriage. (Fam. Code, § 2200.)
      (2) ☐ bigamous marriage. (Fam. Code, § 2201.)
   d. ☐ nullity of voidable marriage based on
      (1) ☐ petitioner's age at time of marriage. (Fam. Code, § 2210(a).)
      (2) ☐ prior existing marriage. (Fam. Code, § 2210(b).)
      (3) ☐ unsound mind. (Fam. Code, § 2210(c).)
      (4) ☐ fraud. (Fam. Code, § 2210(d).)
      (5) ☐ force. (Fam. Code, § 2210(e).)
      (6) ☐ physical incapacity. (Fam. Code, § 2210(f).)

7. **Petitioner requests** that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|   | | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|---|
| a. | Legal custody of children to ............................ | X | | | |
| b. | Physical custody of children to ......................... | X | | | |
| c. | Child visitation be granted to .......................... | | | X | |

   As requested in form: ☐ FL-311 ☐ FL-312 ☐ FL-341(C) ☐ FL-341(D) ☐ FL-341(E) ☐ Attachment 7c.

   d. ☐ Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage.
   e. Attorney fees and costs payable by ........................... ☐ Petitioner ☒ Respondent
   f. Spousal support payable to (earnings assignment will be issued) ............. ☒ Petitioner
   g. ☒ Terminate the court's jurisdiction (ability) to award spousal support to Respondent.
   h. ☒ Property rights be determined.
   i. ☐ Petitioner's former name be restored to (specify):
   j. ☐ Other (specify):

   ☐ Continued on Attachment 7j.

8. **Child support**—If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

9. **I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: SEPTEMBER 6, 2013

ANASTASIA POPOVA
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PETITIONER)

Date: SEPTEMBER 6, 2013

TROPE AND TROPE LLP/SORRELL TROPE, ESQ.
(TYPE OR PRINT NAME)                                       (SIGNATURE OF ATTORNEY FOR PETITIONER)

**NOTICE:** Dissolution or legal separation may automatically cancel the rights of a spouse under the other spouse's will, trust, retirement plan, power of attorney, pay on death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a spouse as beneficiary of the other spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports to determine whether they should be changed or whether you should take any other actions. However, some changes may require the agreement of your spouse or a court order (see Family Code sections 231–235).

FL-100 [Rev. January 1, 2005]                **PETITION—MARRIAGE**                Page 2 of 2
                                                   (Family Law)

**FL-105/GC-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TROPE AND TROPE LLP<br>SORRELL TROPE (State Bar 21103)<br>12121 WILSHIRE BOULEVARD<br>SUITE 801<br>LOS ANGELES, CA 90025<br>TELEPHONE NO.: 310-207-8228   FAX NO. (Optional): 310-826-1122<br>E-MAIL ADDRESS (Optional): STROPE@TROPEANDTROPE.COM<br>ATTORNEY FOR (Name): ANASTASIA POPOVA | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 06 2013<br><br>John A. Clarke, Executive Officer/Clerk<br>By: L. Murillo, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL JUDICIAL DISTRCIT

*(This section applies only to family law cases.)*
PETITIONER: ANASTASIA POPOVA
RESPONDENT: ILIA ZAVIALOV
OTHER PARTY:

*(This section apples only to guardianship cases.)*
GUARDIANSHIP OF (Name): Minor

CASE NUMBER: **BD588375**

**DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**

1. **I am a party** to this proceeding to determine custody of a child.
2. ☐ My present address and the present address of each child residing with me is confidential under Family Code section 3429 as I have indicated in item 3.
3. There are (specify number): 1   minor children who are subject to this proceeding, as follows:
   *(Insert the information requested below. The residence information must be given for the last FIVE years.)*

| a. Child's name | | Place of birth | Date of birth | | Sex |
|---|---|---|---|---|---|
| ANDRE ZAVIALOV | | LOS ANGELES, CA | 7/17/11 | | MALE |
| Period of residence | Address | Person child lived with (name and complete current address) | | | Relationship |
| 8/2013 to present | 7225 CRESCENT PARK WEST, APT 147, PLAYA VISTA, CA<br>☐ Confidential 90094 | ANASTASIA POPOVA<br>☐ Confidential | | | MOTHER |
| 5/2012 to 8/2013 | Child's residence (City, State)<br>28811 TEAL TERRACE<br>MALIBU, CA 90265 | Person child lived with (name and complete current address)<br>ANASTASIA POPOVA<br>ILIA ZAVIALOV | | | MOTHER & FATHER |
| BIRTH to 5/2012 | Child's residence (City, State)<br>209 S. CRESCENT DRIVE<br>BEVERLY HILLS, CA 90210 | Person child lived with (name and complete current address)<br>ANASTASIA POPOVA<br>ILIA ZAVIALOV | | | MOTHER & FATHER |
| to | Child's residence (City, State) | Person child lived with (name and complete current address) | | | |

| b. Child's name | Place of birth | Date of birth | Sex |
|---|---|---|---|
| ☐ Residence information is the same as given above for child a.<br>*(If NOT the same, provide the information below.)* | | | |
| Period of residence | Address | Person child lived with (name and complete current address) | Relationship |
| to present | ☐ Confidential | ☐ Confidential | |
| to | Child's residence (City, State) | Person child lived with (name and complete current address) | |
| to | Child's residence (City, State) | Person child lived with (name and complete current address) | |
| to | Child's residence (City, State) | Person child lived with (name and complete current address) | |

c. ☐ Additional residence information for a child listed in item a or b is continued on attachment 3c.
d. ☐ Additional children are listed on form *FL-105(A)/GC-120(A)*. (Provide all requested information for additional children.)   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-105/GC-120 [Rev. January 1, 2009]

**DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**

Legal Solutions Plus

Family Code, § 3400 et seq.,
Probate Code, §§ 1510(f), 1512

| | FL-105/GC-120 |
|---|---|
| SHORT TITLE: MARRIAGE OF POPOVA/ZAVIALOV | CASE NUMBER: |

4. Do you have information about, or have you participated as a party or as a witness or in some other capacity in, another court case or custody or visitation proceeding, in California or elsewhere, concerning a child subject to this proceeding?
☐ Yes  ☒ No  *(If yes, attach a copy of the orders (if you have one) and provide the following information):*

| Proceeding | Case number | Court *(name, state, location)* | Court order or judgment *(date)* | Name of each child | Your connection to the case | Case status |
|---|---|---|---|---|---|---|
| a. ☐ Family | | | | | | |
| b. ☐ Guardianship | | | | | | |
| c. ☐ Other | | | | | | |

| Proceeding | Case Number | Court *(name, state, location)* |
|---|---|---|
| d. ☐ Juvenile Delinquency/ Juvenile Dependency | | |
| e. ☐ Adoption | | |

5. ☐ One or more domestic violence restraining/protective orders are now in effect. *(Attach a copy of the orders if you have one and provide the following information):*

| Court | County | State | Case number *(if known)* | Orders expire *(date)* |
|---|---|---|---|---|
| a. ☐ Criminal | | | | |
| b. ☐ Family | | | | |
| c. ☐ Juvenile Delinquency/ Juvenile Dependency | | | | |
| d. ☐ Other | | | | |

6. Do you know of any person who is not a party to this proceeding who has physical custody or claims to have custody of or visitation rights with any child in this case? ☐ Yes  ☒ No  *(If yes, provide the following information):*

| a. Name and address of person | b. Name and address of person | c. Name and address of person |
|---|---|---|
| ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights | ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights | ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights |
| Name of each child | Name of each child | Name of each child |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: SEPTEMBER 6, 2013

ANASTASIA POPOVA
(TYPE OR PRINT NAME)

▶ *Anastasia Popova*
(SIGNATURE OF DECLARANT)

7. ☐ Number of pages attached: _____

**NOTICE TO DECLARANT:** You have a continuing duty to inform this court if you obtain any information about a custody proceeding in a California court or any other court concerning a child subject to this proceeding.

FL-105/GC-120 [Rev. January 1, 2009]   **DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**   Page 2 of 2

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TROPE AND TROPE LLP<br>SORRELL TROPE (State Bar 21103)<br>12121 WILSHIRE BOULEVARD<br>SUITE 801<br>LOS ANGELES, CA 90025<br>310-207-8228<br>ATTORNEY FOR (Name): ANASTASIA POPOVA | 21103 | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>SEP 06 2013<br>John A. Clarke, Executive Officer/Clerk<br>By: L. Murillo, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS: 111 N. HILL STREET<br>LOS ANGELES, CA 90012 | | |
| PETITIONER/PLAINTIFF: ANASTASIA POPOVA | | |
| RESPONDENT/DEFENDANT: ILIA ZAVIALOV | | |
| FAMILY LAW CASE COVER SHEET<br>CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT | | CASE NUMBER<br>BD588375 |

### Case Filing Instructions

This cover sheet is required so that the court can assign your case to the correct court district for filing and hearing. It satisfies the requirement for a certificate authorizing filing in the district, as set forth in Los Angeles Superior Court Rules 2(d) and 14.2. It must be completed and submitted to the court along with the original Complaint or Petition in ALL Family cases filed in any district of the Los Angeles County Superior Court. This form is not required in Abandonment & Emancipation cases, which are to be filed at Children's Court.

I. Fill in the requested information.

a) Enter address of Petitioner

| ADDRESS: | CITY: | STATE | ZIP CODE |
|---|---|---|---|
| 7225 CRESCENT PARK WEST, APT. 147 | PLAYA VISTA | CA | 90094 |

b) Enter address of Respondent. **DO NOT COMPLETE THIS ITEM IF THIS IS A MINOR'S CONTRACT CASE**

| ADDRESS: | CITY: | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

MINOR CHILDREN INVOLVED?  [X] YES   HOW MANY? 1   [ ] NO

II. Select the correct district:

a. Under Column 1 below, check the one type of action which best describes the nature of this case.
b. In Column 2 below, circle the reason for your choice of district that applies to the type of action you have checked.

#### Applicable Reason for Choosing District (See Column 2 below)

| 1. May be filed in Central District. | 3. Child resides within the district. |
|---|---|
| 2. District where one or more of the parties reside. | 4. District where Petitioner resides. |

| **1** TYPE OF ACTION (Check only one) (Continued) | **2** APPLICABLE REASONS (See above) |
|---|---|
| [X] A5520 Dissolution of Marriage | (1) 2 |
| [ ] A5525 Summary Dissolution of Marriage | 1. 2 |
| [ ] A5521 Dissolution of Domestic Partnership | 1. 2 |
| [ ] A5530 Nullity of Void or Voidable Marriage | 1. 2 |
| [ ] A5531 Nullity of Void or Voidable Domestic Partnership | 1. 2 |

FAM 020
(Rev 11/11)
FAMILY LAW CASE COVER SHEET
CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT
Page 1 of 2
LASC RULE 5.2
LA-F020

| Short Title MARRIAGE OF POPOVA/ZAVIALOV | Case Number |
|---|---|
| ☐ A5510 Legal Separation | 1. 2 |
| ☐ A5511 Legal Separation of Domestic Partnership | 1. 2 |
| ☐ A6126 Petition for Custody and Support of Minor | 1. 2. 3 |
| ☐ A6131 Child Support Services Department (CSSD) Parentage/Support | 1. |
| ☐ A6139 Foreign Support Order | 1. 2. 3 |
| ☐ A6136 Foreign Custody Order | 1. 2. 3 |
| ☐ A6138 Uniform Interstate Family Support Act (UIFSA) Responding Petition | 1. 2. 3 |
| ☐ A6122 Domestic Violence Restraining Order (Civil Harassment – use Civil Cover Sheet) | (Any Court Jurisdiction – DV's only) |
| ☐ A6600 Habeas Corpus Petition – Child Custody | 1. 3 |
| ☐ A6080 Petition to Establish Parentage / Paternity (Non-governmental) | 1. 2. 3 |
| ☐ A6111 Approval of Minor's Contract (6751 Family Code) | 1 |
| ☐ A6130 Other Family Complaint or Petition (Specify): | 1. 2. 3 |
| ☐ A6101 Agency Adoption | 1. 4 |
| ☐ A6102 Independent Adoption | 1. 4 |
| ☐ A6104 Stepparent Adoption | 1. 4 |
| ☐ A6103 Adult Adoption | 1. 4 |
| ☐ A6106 Sole Custody Petition | 1. 4 |

III. Enter address of minor child if known. **(DO NOT COMPLETE UNLESS YOU HAVE CIRCLED ITEM 3 AS AN APPLICABLE REASON**

| ADDRESS: Do not complete if this case falls under Family Code §6751 | CITY: | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

IV. Enter the information below and sign the certificate.

Certificate / Declaration of Assignment: The undersigned hereby certifies and declares that the above entitled matter is properly filed for assignment to the CENTRAL_____ District of the Los Angles Superior Court under Code of Civil Procedure §392 et seq., 2300 et seq. of the Family Code, and Rule 2(b), (c), and (d) of this court for reason checked above. I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 6, 2013

(SIGNATURE OF ATTORNEY/PARTY WITHOUT ATTORNEY)
TROPE AND TROPE LLP/SORRELL TROPE, ESQ.

FAM 020
(Rev 11/11)
**FAMILY LAW CASE COVER SHEET
CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT**
Page 2 of 2
LASC RULE 5.2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## NOTICE OF CASE ASSIGNMENT

### FAMILY LAW

Case Number: **BD588375**

To Petitioner and/or Petitioner's Attorney of Record: You are notified that this case is assigned for all pre-trial matters to the judicial officer named below:

| √ | ASSIGNED JUDGE/COMMISSIONER | DEPT | ROOM | √ | ASSIGNED JUDGE/COMMISSIONER | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| | Hon. Marc D. Gross | 2D | 629 | | Hon. Christine Byrd | 65 | 608 |
| | Hon. Randall Pacheco | 6 | 543 | | Hon. Michelle Williams Court | 67 | 614 |
| | Hon. B. Scott Silverman | 7 | 319 | | Hon. Thomas T. Lewis | 79 | 610 |
| | Hon. David Cunningham | 22 | 519 | | Hon. Robert B. Broadbelt | 81 | 832 |
| | Hon. Stephen M. Moloney | 27 | 634 | | Hon. Patrick A. Cathcart | 83 | 829 |
| √ | Hon. Robert Willett | 43 | 419 | | Commr. James Endman | 84 | 835 |
| | Hon. Maren Nelson | 60 | 518 | | Hon. Holly J. Fujie | 87 | 830 |
| | Hon. Bruce Iwasaki | 63 | 604 | | Hon. Ralph Hofer | 88 | 831 |

**PETITIONER AND/OR PETITIONER'S ATTORNEY** shall give notice of this assignment by serving a copy of this Notice on Respondent at the time the Summons and Petition are served.

**ALL PARTIES MUST** write the name of the assigned judicial officer and department number on the first page, beneath the case number, on **ALL** documents filed with the clerk, to assure proper departmental assignment, calendaring of hearings and distribution of documents.

**COMMISSIONERS:** Cases may be assigned to a sitting or retired Superior Court Commissioner, or a Temporary Judge. A Commissioner/Temporary Judge may preside as the judge over a case only if the parties agree and sign a stipulation. Additionally, a Commissioner/Temporary Judge may be assigned solely for the processing of the Default or Stipulated Judgment. If this occurs, failure to object to the assigned judicial officer within 10 days after Default or Stipulated Judgment has been signed will be deemed as having stipulated to the Commissioner or Temporary Judge.

Date: SEP 0 6 2013

John A. Clarke, Executive Officer/Clerk

By: **G. Gammage** , Deputy

Random Judicial Assignment form.
Revised September 3, 2013



CHAMBERS OF
# The Superior Court
FAMILY LAW DIVISION
LOS ANGELES, CALIFORNIA 90012

TELEPHONE
(213) 974-1234

SCOTT M. GORDON
SUPERVISING JUDGE

Dear Petitioner & Respondent:

You are a party in a Family Law case in our court. During this time in your life, you have a number of decisions to make about your future and perhaps the future of your children. I would like you to know that our court wishes to make this process as easy as possible for you and your family. The Court's website (www.LASuperiorCourt.org) contains information that will help you understand the court process.

You may have a dispute with your spouse or the other party in the case regarding where your children will live, what support will be provided and how you will divide your property. You have the right to have a court hearing and have a judicial officer decide these matters for you. If you feel threatened by or fearful of your spouse or the other party in this matter, there are ways to bring these concerns into court and get the protections allowed by law.

However, going to court is not the only way to resolve family law disputes. Some other ways include having attorneys negotiate directly with each other; having a neutral third party help both sides negotiate a solution (mediation) or using a collaborative law method.

Using these other tools to answer the questions you have and find solutions that are mutually acceptable may be preferable for several reasons: 1) You will directly participate in finding solutions; 2) You may be able to resolve your dispute sooner; 3) It may be much less expensive; 4) You may end the process with a better relationship with the other party; and 5) You will likely find it less stressful than court hearings. You can speak with your attorney, if you have one, about all of these methods of resolving your case so the two of you can decide which method may be best for you.

It is to your benefit to consider opportunities to reduce conflict and reduce expenses incurred in the Family Law process. I recommend that you focus on what is most important; moving to the next phase of your life. Many people spend time, effort and money attempting to obtain satisfaction by prolonging the dispute with the other party, but this does not guarantee either party will be fully satisfied with the outcome and may in fact result in a way that does not benefit either of you.

If you have children, you must be particularly careful in choosing how to proceed. Everything you can do to avoid involving them in the dispute or engaging in conflict concerning them will benefit them and you. A successful agreement does not need to be perfect. For the mediation of disputes regarding your child(ren) and how they will spend time with each parent after the divorce, the court offers a free mediation service through Family Court Services. To make an appointment via the internet, go to www.LASuperiorCourt.org (click on Family and then On Line Services) or call (213) 974-5524.

Please save this letter. Please read it several times during the dissolution process.

Sincerely,

SCOTT M. GORDON, Supervising Judge
Family Law Division

FL-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:            FAX NO (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

MARRIAGE OF
PETITIONER:

RESPONDENT:

| RESPONSE ☐ and REQUEST FOR | CASE NUMBER: |
|---|---|
| ☐ Dissolution of Marriage | |
| ☐ Legal Separation | |
| ☐ Nullity of Marriage        ☐ AMENDED | |

1. RESIDENCE (Dissolution only) ☐ Petitioner ☐ Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of the *Petition for Dissolution of Marriage*.

2. STATISTICAL FACTS
   a. Date of marriage:
   b. Date of separation:
   c. Time from date of marriage to date of separation (specify):
      Years:          Months:

3. DECLARATION REGARDING MINOR CHILDREN (include children of this relationship born prior to or during the marriage or adopted during the marriage):
   a. ☐ There are no minor children.
   b. ☐ The minor children are:

   Child's name                              Birthdate                Age        Sex




   ☐ Continued on Attachment 3b.
   c. If there are minor children of the Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   d. ☐ A completed voluntary declaration of paternity regarding minor children born to the Petitioner and Respondent prior to the marriage is attached.

4. SEPARATE PROPERTY
   Respondent requests that the assets and debts listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 4
   ☐ below be confirmed as separate property.
   Item                                                                 Confirm to




---

NOTICE: You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child or spousal support.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-120 [Rev. January 1, 2005]

RESPONSE—MARRIAGE
(Family Law)

Legal
Solutions
Plus

Family Code, § 2020

| MARRIAGE OF (last name, first name of parties): | CASE NUMBER: |
|---|---|
| | |

**5. DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN**
- a. ☐ There are no such assets or debts subject to disposition by the court in this proceeding.
- b. ☐ All such assets and debts are listed ☐ in *Property Declaration* (form FL-160) ☐ in Attachment 5b.
  ☐ below *(specify)*:

6. ☐ **Respondent contends** that the parties were never legally married.

7. ☐ **Respondent denies** the grounds set forth in item 6 of the petition.

8. **Respondent requests**
   - a. ☐ dissolution of the marriage based on
     - (1) ☐ irreconcilable differences. (Fam. Code, § 2310(a).)
     - (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)
   - b. ☐ legal separation of the parties based on
     - (1) ☐ irreconcilable differences. (Fam. Code, § 2310(a).)
     - (2) ☐ incurable insanity. (Fam. Code, § 2310(b).)
   - c. ☐ nullity of void marriage based on
     - (1) ☐ incestuous marriage. (Fam. Code, § 2200.)
     - (2) ☐ bigamous marriage. (Fam. Code, § 2201.)
   - d. ☐ nullity of voidable marriage based on
     - (1) ☐ respondent's age at time of marriage. (Fam. Code, § 2210(a).)
     - (2) ☐ prior existing marriage. (Fam. Code, § 2210(b).)
     - (3) ☐ unsound mind. (Fam. Code, § 2210(c).)
     - (4) ☐ fraud. (Fam. Code, § 2210(d).)
     - (5) ☐ force. (Fam. Code, § 2210(e).)
     - (6) ☐ physical incapacity. (Fam. Code, § 2210(f).)

9. **Respondent requests** that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to | ☐ | ☐ | ☐ | ☐ |
| b. Physical custody of children to | ☐ | ☐ | ☐ | ☐ |
| c. Child visitation be granted to | ☐ | ☐ | | ☐ |

As requested in form: ☐ FL-311 ☐ FL-312 ☐ FL-341(C) ☐ FL-341(D) ☐ FL-341(E) ☐ Attachment 9c.

- d. ☐ Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage.
- e. Attorney fees and costs payable by .................... ☐ ☐
- f. Spousal support payable to (wage assignment will be issued) .......... ☐ ☐
- g. ☐ Terminate the court's jurisdiction (ability) to award spousal support to Petitioner.
- h. ☐ Property rights be determined.
- i. ☐ Respondent's former name be restored to *(specify)*:
- j. ☐ Other *(specify)*:

☐ Continued on Attachment 9j.

10. **Child support–** If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____ _____
(TYPE OR PRINT NAME) (SIGNATURE OF RESPONDENT)

Date:

▶

_____ _____
(TYPE OR PRINT NAME) (SIGNATURE OF ATTORNEY FOR RESPONDENT)

**The original response must be filed in the court with proof of service of a copy on Petitioner.**

FL-120 [Rev. January 1, 2005]              **RESPONSE—MARRIAGE**              Page 2 of 2
                                                  (Family Law)

FL-105/GC-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:      FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| *(This section applies only to family law cases.)* <br> PETITIONER: <br><br> RESPONDENT: <br> OTHER PARTY: | |
| *(This section apples only to guardianship cases.)* <br> GUARDIANSHIP OF *(Name):*                                     Minor | CASE NUMBER: |
| **DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)** | |

1. **I am a party** to this proceeding to determine custody of a child.
2. ☐ My present address and the present address of each child residing with me is confidential under Family Code section 3429 as I have indicated in item 3.
3. There are *(specify number):* _____ minor children who are subject to this proceeding, as follows:
   *(Insert the information requested below. The residence information must be given for the last FIVE years.)*

| a. Child's name | | Place of birth | Date of birth | | Sex |
|---|---|---|---|---|---|
| Period of residence | Address | Person child lived with *(name and complete current address)* | | Relationship | |
| to present | ☐ Confidential | ☐ Confidential | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |
| b. Child's name <br> ☐ Residence information is the same as given above for child a. <br> *(If NOT the same, provide the information below.)* | | Place of birth | Date of birth | | Sex |
| Period of residence | Address | Person child lived with *(name and complete current address)* | | Relationship | |
| to present | ☐ Confidential | ☐ Confidential | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |
| | Child's residence *(City, State)* | Person child lived with *(name and complete current address)* | | | |
| to | | | | | |

c. ☐ Additional residence information for a child listed in item a or b is continued on attachment 3c.

d. ☐ Additional children are listed on form *FL-105(A)/GC-120(A)*. *(Provide all requested information for additional children.)*    Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> FL-105/GC-120 [Rev. January 1, 2009]      **DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**     Legal Solutions Plus     Family Code, § 3400 et seq., Probate Code, §§ 1510(f), 1512

FL-105/GC-120

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

4. Do you have information about, or have you participated as a party or as a witness or in some other capacity in, another court case or custody or visitation proceeding, in California or elsewhere, concerning a child subject to this proceeding?
   ☐ Yes  ☐ No  *(If yes, attach a copy of the orders (if you have one) and provide the following information):*

| Proceeding | Case number | Court *(name, state, location)* | Court order or judgment *(date)* | Name of each child | Your connection to the case | Case status |
|---|---|---|---|---|---|---|
| a. ☐ Family |  |  |  |  |  |  |
| b. ☐ Guardianship |  |  |  |  |  |  |
| c. ☐ Other |  |  |  |  |  |  |

| Proceeding | Case Number | Court *(name, state, location)* |
|---|---|---|
| d. ☐ Juvenile Delinquency/ Juvenile Dependency |  |  |
| e. ☐ Adoption |  |  |

5. ☐ One or more domestic violence restraining/protective orders are now in effect. *(Attach a copy of the orders if you have one and provide the following information):*

| Court | County | State | Case number *(if known)* | Orders expire *(date)* |
|---|---|---|---|---|
| a. ☐ Criminal |  |  |  |  |
| b. ☐ Family |  |  |  |  |
| c. ☐ Juvenile Delinquency/ Juvenile Dependency |  |  |  |  |
| d. ☐ Other |  |  |  |  |

6. Do you know of any person who is not a party to this proceeding who has physical custody or claims to have custody of or visitation rights with any child in this case? ☐ Yes ☐ No *(If yes, provide the following information):*

| a. Name and address of person | b. Name and address of person | c. Name and address of person |
|---|---|---|
| ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights | ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights | ☐ Has physical custody<br>☐ Claims custody rights<br>☐ Claims visitation rights |
| Name of each child | Name of each child | Name of each child |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

_____          _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

7. ☐ Number of pages attached: _____

**NOTICE TO DECLARANT: You have a continuing duty to inform this court if you obtain any information about a custody proceeding in a California court or any other court concerning a child subject to this proceeding.**

FL-105/GC-120 [Rev. January 1, 2009]          **DECLARATION UNDER UNIFORM CHILD CUSTODY**          Page 2 of 2
                                              **JURISDICTION AND ENFORCEMENT ACT (UCCJEA)**