EXHIBIT 3

FL-300

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TROPE AND TROPE LLP<br>SORRELL TROPE (State Bar 21103)<br>THOMAS PAINE DUNLAP (State Bar 61007)<br>12121 WILSHIRE BOULEVARD, SUITE 801<br>LOS ANGELES, CA 90025<br>TELEPHONE NO: 310-207-8228   FAX NO. *(Optional):* 310-826-1122<br>E-MAIL ADDRESS *(Optional):* STROPE@TROPEANDTROPE.COM<br>ATTORNEY FOR *(Name):* ANASTASIA POPOVA | **CONFORMED COPY**<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>SEP 17 2013<br><br>John A. Clarke, Executive Officer/Clerk<br>By: M. Rodriguez, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL JUDICIAL DISTRCIT

PETITIONER/PLAINTIFF: ANASTASIA POPOVA

RESPONDENT/DEFENDANT: ILIA ZAVIALOV
OTHER PARENT/PARTY:                    ***EX PARTE***

| REQUEST FOR ORDER | | | CASE NUMBER: |
|---|---|---|---|
| ☐ Child Custody<br>☐ Child Support<br>☐ Attorney Fees and Costs | ☐ MODIFICATION<br>☐ Visitation<br>☐ Spousal Support | ☐ Temporary Emergency<br>Court Order<br>☒ Other *(specify):*<br>Restraining Orders Re Community<br>Business, in the Alternative - to Shorten Time | BD 588 375 |

1. TO *(name):* ILIA ZAVIALOV

2. A hearing on this Request for Order will be held as follows: **If child custody or visitation is an issue in this proceeding, Family Code section 3170 requires mediation before or at the same time as the hearing (see item 7.)**

a. Date: 10-30-13   Time: 8:30 Am   ☒ Dept.: 43   ☐ Room: 419
Hon. Robert Willett

b. Address of court  ☒ same as noted above  ☐ other *(specify):*

3. Attachments to be served with this *Request for Order:*
   a. A **blank** *Responsive Declaration* (form FL-320)
   b. ☐ Completed *Income and Expense Declaration* (form FL-150) and a **blank** *Income and Expense Declaration*
   c. ☐ Completed *Financial Statement (Simplified)* (form FL-155) and a **blank** *Financial Statement (Simplified)*
   d. ☒ Points and authorities
   e. ☒ Other *(specify):* Declaration of Petitioner

Date: September 16, 2013
TROPE AND TROPE LLP/THOMAS PAINE DUNLAP
(TYPE OR PRINT NAME)                    (SIGNATURE)

☐ **COURT ORDER**

4. ☐ YOU ARE ORDERED TO APPEAR IN COURT AT THE DATE AND TIME LISTED IN ITEM 2 TO GIVE ANY LEGAL REASON WHY THE ORDERS REQUESTED SHOULD NOT BE GRANTED.

5. ☐ Time for ☐ service ☐ hearing is shortened. Service must be on or before *(date):*

6. Any responsive declaration must be served on or before *(date):*

7. The parties are ordered to attend mandatory custody services as follows:

8. ☒ You are ordered to comply with the *Temporary Emergency Court Orders* (form FL-305) attached.

9. ☐ Other *(specify):*

Date:                                    JUDICIAL OFFICER

To the person who received this *Request for Order:* If you wish to respond to this *Request for Order,* you must file a *Responsive Declaration to Request for Order* (form FL-320) and serve a copy on the other parties at least nine court days before the hearing date unless the court has ordered a shorter period of time. You do not have to pay a filing fee to file the *Responsive Declaration to Request for Order* (form FL-320) or any other declaration including an *Income and Expense Declaration* (form FL-150) or *Financial Statement (Simplified)* (form FL-155).

Page 1 of 4

**REQUEST FOR ORDER**

Legal Solutions Plus

Family Code, §§ 2045, 2107, 6224, 6226, 6320–6326, 6380–6383 Government Code, § 26826

**FL-300**

| | |
|---|---|
| PETITIONER/PLAINTIFF: ANASTASIA POPOVA<br>RESPONDENT/DEFENDANT: ILIA ZAVIALOV<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>BD 588 375 |

## REQUEST FOR ORDER AND SUPPORTING DECLARATION

[X] Petitioner  [ ] Respondent  [ ] Other Parent/Party  **requests the following orders:**

1. [ ] CHILD CUSTODY              [ ] **To be ordered pending the hearing**
   a. <u>Child's name and age</u>       b. Legal custody to (name of person who    c. Physical custody to (name of
                                          <u>makes decisions about health, education, etc.)</u>   <u>person with whom child will live)</u>

   d. [ ] As requested in form   [ ] *Child Custody and Visitation Application Attachment* (form FL-311)
                                 [ ] *Request for Child Abduction Prevention Orders* (form FL-312)
                                 [ ] *Children's Holiday Schedule Attachment* (form FL-341(C))
                                 [ ] *Additional Provisions—Physical Custody Attachment* (form FL-341(D))
                                 [ ] *Joint Legal Custody Attachment* (form FL-341(E))
                                 [ ] Other (Attachment 1d)
   e. [ ] Modify existing order
      (1) filed on *(date):*
      (2) ordering *(specify):*

2. [ ] CHILD VISITATION *(PARENTING TIME)*        [ ] **To be ordered pending the hearing**
   a. As requested in: (1) [ ] Attachment 2a  (2) [ ] *Child Custody and Visitation Application Attachment* (form FL-311)
                       (3) [ ] Other *(specify):*
   b. [ ] Modify existing order
      (1) filed on *(date):*
      (2) ordering *(specify):*

   c. [ ] One or more domestic violence restraining/protective orders are now in effect. *(Attach a copy of the orders if you
          have one.)* The orders are from the following court or courts *(specify county and state):*

      (1) [ ] Criminal: County/state:          (3) [ ] Juvenile: County/state:
              Case No. *(if known):*                   Case No. *(if known):*
      (2) [ ] Family: County/state:            (4) [ ] Other: County/state:
              Case No. *(if known):*                   Case No. *(if known):*

3. [ ] CHILD SUPPORT *(An earnings assignment order may be issued.)*
   a. <u>Child's name and age</u>   b. [ ] I request support based on the    c. <u>Monthly amount requested</u> (if not by guideline)
                                      child support guidelines              $

   d. [ ] Modify existing order
      (1) filed on *(date):*
      (2) ordering *(specify):*

---

**Notice:** The court is required to order child support based on the income of both parents. It normally continues until the
child is 18. You must supply the court with information about your finances by filing an *Income and Expense Declaration*
(form FL-150) or a *Financial Statement (Simplified)* (form FL-155). Otherwise, the child support order will be based on
information about your income that the court receives from other sources, including the other parent.

FL-300

| | |
|---|---|
| PETITIONER/PLAINTIFF: ANASTASIA POPOVA | CASE NUMBER: |
| RESPONDENT/DEFENDANT: ILIA ZAVIALOV | BD 588 375 |
| OTHER PARENT/PARTY: | |

4. ☐ **SPOUSAL OR PARTNER SUPPORT** *(An earnings assignment order may be issued.)*

    a. ☐ Amount requested *(monthly):* $             c. ☐ Modify existing order

    b. ☐ Terminate existing order                         (1) filed on *(date):*

        (1) filed on *(date):*                              (2) ordering *(specify):*

        (2) ordering *(specify):*

    d. ☐ The *Spousal or Partner Support Declaration Attachment* (form FL-157) is attached *(for modification of spousal or partner support after judgment only)*

    e. ☐ An *Income and Expense Declaration* (form FL-150) must be attached

5. ☐ **ATTORNEY FEES AND COSTS** are requested on *Request for Attorney Fees and Costs Order Attachment* (form FL-319) or a declaration that addresses the factors covered in that form. An *Income and Expense Declaration* (form FL-150) must be attached. *A Supporting Declaration for Attorney Fees and Costs Order Attachment* (form FL-158) or a declaration that addresses the factors covered in that form must also be attached.

6. ☒ **PROPERTY RESTRAINT**   ☒ To be ordered pending the hearing

    a. The ☐ petitioner ☒ respondent ☐ claimant is restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, except in the usual course of business or for the necessities of life.

        ☒ The applicant will be notified at least five business days before any proposed extraordinary expenditures, and an accounting of such will be made to the court.

    b. ☒ Both parties are restrained and enjoined from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties or their minor children.

    c. ☒ Neither party may incur any debts or liabilities for which the other may be held responsible, other than in the ordinary course of business or for the necessities of life.

7. ☒ **PROPERTY CONTROL**   ☒ To be ordered pending the hearing

    a. ☒ The petitioner ☐ respondent is given the exclusive temporary use, possession, and control of the following property that we own or are buying *(specify):* Dream Marriage Group, Inc. and its assets. See Attachment 8.

    b. ☐ The petitioner ☐ respondent is ordered to make the following payments on liens and encumbrances coming due while the order is in effect:

| Debt | Amount of payment | Pay to |
|---|---|---|
| | | |

8. ☒ **OTHER RELIEF** *(specify):*

    See Attachment 8

---

**NOTE: To obtain domestic violence restraining orders, you must use the forms *Request for Order (Domestic Violence Prevention)* (form DV-100), *Temporary Restraining Order (Domestic Violence)* (form DV-110), and *Notice of Court Hearing (Domestic Violence)* (form DV-109).**

---

FL-300 [Rev. July 1, 2012]               **REQUEST FOR ORDER**               Page 3 of 4

FL-300

| PETITIONER/PLAINTIFF: ANASTASIA POPOVA | CASE NUMBER: |
| RESPONDENT/DEFENDANT: ILIA ZAVIALOV | BD 588 375 |
| OTHER PARENT/PARTY: | |

9. ☐ **I request** that time for service of the Request for Order and accompanying papers be shortened so that these documents may be served no less than *(specify number):* _____ days before the time set for the hearing. I need to have this order shortening time because of the facts specified in item 10 or the attached declaration.

10. ☒ FACTS IN SUPPORT of orders requested and change of circumstances for any modification are *(specify):*

☒ Contained in the attached declaration. (*You may use* Attached Declaration *(form MC-031) for this purpose. The attached declaration must not exceed 10 pages in length unless permission to file a longer declaration has been obtained from the court.*)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September **16**, 2013

TROPE AND TROPE LLP/THOMAS PAINE DUNLAP
(TYPE OR PRINT NAME)           ▶ _____
                                          (SIGNATURE OF APPLICANT)

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the proceeding. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civil Code, § 54.8.)

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  **ATTACHMENT 8**

3  **EX PARTE**

4  Petitioner requests the following relief on an ex parte basis.

5       1.  A.  That Petitioner be given exclusive control of

6  the business known as Dream Marriage Group, Inc. ("the

7  business"), including all of its assets and banking and other

8  financial accounts of whatever kind, and

9       B.  That Respondent be enjoined and restrained

10  from excluding Petitioner in any way from the operation of the

11  business or interfering with her management and control of the

12  business, and

13       C.  That Respondent be enjoined and restrained

14  from withdrawing, transferring or accessing any funds of the

15  business, from giving any instruction or direction to any of the

16  managers, employees, independent contractors or agents of the

17  business, at any location of the business, either in person, by

18  telephone, by email, or other electronic method of communication

19  and

20       D.  That Respondent be enjoined and restrained

21  from contacting any persons or entities with whom the business

22  conducts business, obtains supplies, or provides services, and

23       E.  That Respondent be enjoined and restrained

24  from hiring, firing or disciplining any employee, or giving any

25  instruction or direction to anyone in the accounting department

26  without Petitioner's prior written agreement.

27      In the alternative, Petitioner requests the following

28  ex parte relief pending hearing of the within Request for Order:

TROPE and TROPE LLP
ATTORNEYS AT LAW.
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164

Page 1

ATTACHMENT 8 TO FL-300

1 | In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2 |      2.    That Respondent be enjoined and restrained from

3 | accessing any funds or assets of the business, transferring any

4 | funds or assets of the business, or writing or authorizing any

5 | checks or other disbursement, transfer or expenditure, without

6 | the prior written agreement of Petitioner and that Respondent be

7 | enjoined and restrained from providing any instruction or

8 | direction to any manager, employee, independent contractor or

9 | agent of the business, at any location of the business, either in

10 | person, by telephone, by email, or other electronic method of

11 | communication without Petitioner's prior approval.

12 |      3.   In the alternative, Petitioner requests that the

13 | Court, on an ex parte basis, grant an order shortening time for

14 | the hearing of the within Request for Order.

15 |

16 | **AFTER HEARING**

17 | After a full hearing, Petitioner requests

18 |      1.    That the Court grant the relief requested in

19 | Paragraph 1 above as a pendente lite order, and

20 |      2.    That Respondent be required to provide a full

21 | written accounting, within 30 days, of all funds withdrawn, taken

22 | or disbursed by him from any account or asset of Dream Marriage,

23 | Inc. during the last 2 years, detailing the date and source (by

24 | account) of each withdrawal, disbursement or other taking, and

25 | detailing where and how all such funds were spent.

26 |

27 |

28 |

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164

Page 2

ATTACHMENT 8 TO FL-300

FL-305

| | |
|---|---|
| PETITIONER/PLAINTIFF: ANASTASIA POPOVA<br>RESPONDENT/DEFENDANT: ILIA ZAVIALOV<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>BD 588 375 |

## TEMPORARY EMERGENCY COURT ORDERS
### Attachment to *Request for Order* (FL-300)

The court makes the following orders, which are effective immediately and until the hearing:

1. [X] PROPERTY RESTRAINT
   a. [ ] Petitioner [X] Respondent [ ] Claimant is restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, except in the usual course of business or for the necessities of life.
   [X] The other party is to be notified of any proposed extraordinary expenditures, and an accounting of such is to be made to the court.
   b. [X] Both parties are restrained and enjoined from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties or their minor child or children.
   c. [X] Neither party may incur any debts or liabilities for which the other may be held responsible, other than in the ordinary course of business or for the necessities of life.

2. [X] PROPERTY CONTROL
   a. [X] Petitioner [ ] Respondent is given the exclusive temporary use, possession, and control of the following property that the parties own or are buying *(specify)*: Dream Marriage Group, Inc. and all of its assets and financial accounts.  See Attachment 4.
   b. [ ] Petitioner [ ] Respondent is ordered to make the following payments on liens and encumbrances coming due while the order is in effect:

   | Debt | Amount of payment | Pay to |
   |---|---|---|
   | | | |

3. [ ] MINOR CHILDREN
   a. [ ] Petitioner [ ] Respondent will have the temporary physical custody, care, and control of the minor children of the parties [ ] subject to the other party's rights of visitation as follows:

   b. [ ] Petitioner [ ] Respondent must not remove the minor child or children of the parties
      (1) [ ] from the state of California.
      (2) [ ] from the following counties *(specify)*:
      (3) [ ] other *(specify)*:
   c. [ ] Child abduction prevention orders are attached (see form FL-341(B)).
   d. (1) Jurisdiction: This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code, commencing with section 3400).
      (2) Notice and opportunity to be heard: The responding party was given notice and an opportunity to be heard as provided by the laws of the State of California.
      (3) Country of habitual residence: The country of habitual residence of the child or children is
         [ ] the United States of America [ ] other *(specify)*:
      **(4) Penalties for violating this order: If you violate this order, you may be subject to civil or criminal penalties or both.**

4. [X] OTHER ORDERS *(specify)*:
   [X] Additional orders are listed on Attachment 4.

Date: _____    _____
                                    JUDGE OF THE SUPERIOR COURT

5. **The date of the court hearing is** *(insert date when known)*: _____

### CLERK'S CERTIFICATE

[SEAL]     I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____    Clerk, by _____, Deputy

Page 1 of 1

| | | | |
|---|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-305 [Rev. July 1, 2012] | TEMPORARY EMERGENCY COURT ORDERS | Legal<br>Solutions<br>Plus | Family Code, §§ 2045, 6224, 6226, 6302,<br>6320–6326, 6380–6383 |

1 | In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2 | **ATTACHMENT 4 TO FORM FL-305**

3 | Additional Orders:

4 | 1.   A.   Petitioner is granted temporary exclusive

5 | control of the business known as Dream Marriage Group, Inc. ("the

6 | business"), including all of its assets and banking and other

7 | financial accounts of whatever kind.

8 | B.   Respondent is enjoined and restrained from

9 | excluding Petitioner in any way from the operation of the

10 | business or interfering with her management and control of the

11 | business.

12 | C.   Respondent is enjoined and restrained from

13 | withdrawing, transferring or accessing any funds of the business,

14 | from giving any instruction or direction to any of the managers,

15 | employees, independent contractors or agents of the business, at

16 | any location of the business, either in person, by telephone, by

17 | email, or other electronic method of communication.

18 | D.   Respondent is enjoined and restrained from

19 | contacting any persons or entities with whom the business

20 | conducts business, obtains supplies, or provides services, and

21 | E.   Respondent is enjoined and restrained from

22 | hiring, firing or disciplining any employee, or giving any

23 | instruction or direction to anyone in the accounting department

24 | without Petitioner's prior written agreement.

25 | **(OR, STRIKE ONE OR MORE)**

26 | 1.   A.   Respondent is enjoined and restrained from

27 | accessing any funds or assets of the business, transferring any

28 | funds or assets of the business, or writing or authorizing any

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164

Page 1

ATTACHMENT 4 TO FL-305

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  checks or other disbursement, transfer or expenditure, without

3  the prior written agreement of Petitioner, and Respondent is

4  enjoined and restrained from providing any instruction or

5  direction to any manager, employee, independent contractor or

6  agent of the business, at any location of the business, either in

7  person, by telephone, by email, or other electronic method of

8  communication without Petitioner's prior approval.

9         B.  Respondent is enjoined and restrained from hiring,

10  firing or disciplining any employee, or giving any instruction or

11  direction to anyone in the accounting department without

12  Petitioner's prior written agreement.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 2

ATTACHMENT 4 TO FL-305

GS.  \\vendor\FFF\SEPARATE 2012-09-10 Attachment 4 to FL-305.wpd  (X3)  09/16/13 8:24 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

3  I.

4  <u>GOOD  CAUSE  EXISTS  FOR  THE  GRANTING  OF</u>

5  <u>EX PARTE RELIEF</u>.

6  Petitioner and Respondent are the owners of a community

7  property business, Dream Marriage Group, Inc.  The predecessor

8  business was formed by the parties after their marriage in 2003,

9  and was incorporated in its present form in approximately 2006.

10 The business is an on-line dating service, which has generated

11 gross income in excess of $19 million dollars per year.

12 Petitioner runs the day-to-day operations of the

13 business, directing the activities of its numerous employees in

14 multiple offices, in multiple states.

15 Respondent has been trusted to manage the finances of

16 the business.

17 However, Petitioner has discovered that Respondent has

18 been surreptitiously stripping the company of its cash assets,

19 both by taking cash withdrawals, as well as by causing the

20 accounting department to pay bills with no backup.

21 Additionally, he has been secretly withdrawing cash

22 from the parties' "personal" accounts.  Checks to himself

23 totaling $224,000 are attached as Exhibit "D" to Petitioner's

24 declaration.  Respondent has <u>admitted</u> taking at least $300,000,

25 although the evidence discovered by Petitioner <u>to date</u>, without

26 any formal audit or investigation, far exceeds that sum.

27 Petitioner even discovered a hoard of approximately

28 $97,000, consisting of $17,000 in cash and approximately $80,000

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310.207.8228

Page 1
MEMORANDUM OF POINTS AND AUTHORITIES
FT:\\windows\EEESB\MPA 2013-09-14 Moving P&A (Ex Parte-Community Business).wpd  (X1) 9/16/13 9:21 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  worth of gold and silver coins hidden by Respondent in his

3  closet.

4       The reason for Respondent's breach of his fiduciary

5  duties with respect to the community property business is

6  apparently the fact that he is leading not just a double life,

7  but a triple life, with two mistresses and two children whom he

8  maintains.  In addition, he funneled money from the community

9  property business into a business he started with one of his

10 mistresses.  Whether or not he started a business with the second

11 mistress is currently unknown.

12      In addition to the obvious depredations to the business

13 by reason of his theft of money, Respondent has now commenced

14 attempting to intercede into the daily operations of the

15 business, which he is not equipped to do, causing confusion and

16 discontent among the employees.

17      Since the discovery of Respondent's misappropriation of

18 corporate funds and breaches of his fiduciary duty, and his

19 efforts to interfere with the running of the business, the

20 business has posted its first monthly loss.

21      The community, and the community property business in

22 question, faces immediate and irreparable harm if Respondent is

23 not enjoined and restrained from having access to the finances of

24 the business and if he is not enjoined and restrained from

25 interfering with the day-to-day operations of the business and

26 enjoined and restrained from dealing with the employees, agents

27 and customers of the business.

28      Family Code §2045(b) authorizes this Court to issue, on

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 2

MEMORANDUM OF POINTS AND AUTHORITIES

ET_1\wpdata\FFF58\MPA 2013-09-14 Moving P&A (Ex Parte-Community Business).wpd  (X3)  9/16/13 9:21 am

1   In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2   an ex parte basis, "any other order" provided for in F.C. §6320-

3   6327.

4          Included within that broad grant of power is F.C. §6324

5   which provides that

6

7          "The court may issue an ex parte order

8          determining the temporary use, possession,

9          and control of real or personal property of

10         the parties . . . ."

11

12         The orders requested herein fall within the purview of

13   the control of personal property, i.e., the control of the

14   community property business known as Dream Marriage Group, Inc.,

15   the viability of which Respondent is threatening by his actions.

16          Additionally, F.C. §6325 provides that

17

18         "The court may issue an ex parte order

19         restraining a married person from specified

20         acts in relation to community, quasi-

21         community and separate property as provided

22         in Section 2045."

23

24          Section 2045(a) authorizes an order restraining a

25   person from transferring, encumbering, hypothecating, concealing,

26   or in any way disposing of any  property, real or personal,

27   whether community, quasi-community, or separate, except in the

28   usual course of business or for the necessities of life . . . ."

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 3

MEMORANDUM OF POINTS AND AUTHORITIES

ET 1:\wpdata\FEES8\MPA 2013-09-14 Moving P&A (Ex Parte-Community Business).wpd (X3) 9/16/13 9:21 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  Emphasis added.  Among the orders requested by Petitioner are

3  orders restricting Respondent from accessing, transferring and

4  disposing of any of the assets of the community property

5  business, including the funds of the business.

6         The ex parte orders requested will, in essence,

7  preserve the status quo, whereby Petitioner, who is the Vice

8  President of the company, and who historically has managed all of

9  the operations except the finances of the company, will continue

10  to do so without intervention by Respondent, and will preserve

11  the finances of the company by prohibiting Respondent from

12  accessing those funds or directing anyone in the company to

13  access or dispose of the funds based upon his direction.

14         The business has an accounting department and an in-

15  house accountant who, under the supervision of Petitioner, are

16  capable of paying the _valid_ expenses of the company, and of

17  managing the finances of the company under the direction and

18  supervision of Petitioner pending a full audit to determine the

19  extent of Respondent's misappropriations and misconduct.

20

21  Dated:  September _16_, 2013       TROPE AND TROPE LLP

22

23                                     By: _____

24                                     THOMAS PAINE DUNLAP
                                       Attorneys for Petitioner,
                                       ANASTASIA POPOVA

25

26

27

28

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 4

MEMORANDUM OF POINTS AND AUTHORITIES

ET I:\wndata\EEE58\MPA 2013-09-14 Moving P&A (Ex Parte-Community Business).wpd (X3) 9/16/13 9:21 am

1   In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2               **DECLARATION OF ANASTASIA POPOVA**

3       I, ANASTASIA POPOVA, declare as follows:

4         1.   I am the Petitioner in this action.  Except where

5   indicated to the contrary, I have personal firsthand knowledge of

6   the  truth  of  the  matters  set  forth  herein.   I  submit  this

7   declaration in support of my accompanying Request for Order and

8   request for ex parte relief.

9                   **SUMMARY**

10         2.   I am requesting that I be given control of the

11   main business asset that Petitioner and I own, Dream Marriage

12   Group, Inc., a community property business that was created by me

13   and Respondent after the date of our marriage and which was

14   incorporated in its present form in approximately 2006.  As

15   explained below, there is an immediate risk that the business

16   will be irreparably harmed if Respondent is not enjoined from

17   accessing the funds of the business and from interfering in the

18   operations  of  the  business.   I  have  recently  learned  that

19   Respondent has been misappropriating business funds to support

20   two mistresses and the children he has fathered with them.  I

21   have discovered that he has been taking distributions of which he

22   did not inform me, and that he has been hiding cash and bullion

23   assets, all of which lead me to believe that it is likely that he

24   will continue to misappropriate funds from our business to my

25   detriment and the detriment of the business.  Since I confronted

26   Respondent about these discoveries, he has been attempting to

27   interfere in the daily operation of the business, which is the

28   area I control, and last month, in August, for the first time,

DECLARATION OF ANASTASIA POPOVA

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

ET I:\wpdata\EDE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2  the business posted a loss.  I am the Vice President of the

3  business in question and have been involved in its daily

4  operations since its founding ten years ago.  I am capable of

5  running the business and, in fact, have been the person

6  responsible for managing its operations, as opposed to investment

7  of its profits.  I fear that unless Respondent is immediately

8  restrained from accessing the assets of the business and

9  restrained from interfering in its operations, he will bleed it

10  dry and destroy its continued viability.

11                                **BACKGROUND**

12       3.   Respondent and I are both of Russian origin,

13  although we both now have U.S. citizenship.  Respondent and I met

14  while we were in college in Texas.  At that time, neither of us

15  had any assets.  Respondent was on a student visa and was unable

16  to work.  I was working while attending college.  Thus,

17  everything we have was acquired after marriage and is community

18  property.

19       4.   We married on May 1, 2003.  A month later, we

20  started our business, which is currently called Dream Marriage

21  Group, Inc. ("Dream Marriage"), an online dating service which

22  specializes in arranging connections with women in Russia.  The

23  business was incorporated in approximately 2006.

24       5.   The business has been extremely successful, and

25  now has a yearly gross income of approximately $19 million and

26  provides a net income to Respondent and me of approximately $3.8

27  million per year, plus numerous perquisites.  Attached hereto

28  and incorporated herein as Exhibit "A" is a copy of the Dream

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 2

DECLARATION OF ANASTASIA POPOVA

ET E:\wpdata\EEE58\DEC 2013-09-13 /Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1   In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2   Marriage balance sheet as of August 21, 2013.  Total cash assets

3   equal $1,682,152.02.

4        6.   With the profits of Dream Marriage we have

5   invested in numerous other ventures and real estate in multiple

6   states.  In addition, we possess a bullion account at Delaware

7   Depository Service Company worth approximately $1.1 million as

8   of June 30, 2013.  A copy of our June 30, 2013 account statement

9   is attached as Exhibit "H".   We also own Global Casualty

10  Unlimited, Inc., which self-insures Dream Marriage, valued in

11  excess of $5.5 million.  The balance sheet, Income Statement as

12  of June 30, 2013 and Annual Review Client Questionnaire signed by

13  Respondent, of that asset are attached hereto and incorporated

14  herein collectively as Exhibit "B."

15       7.   I am the vice president and treasurer of Dream

16  Marriage Group, Inc.  I am in charge of the daily operations of

17  the business.  I am in charge of operation of the website.  I

18  work with and direct the IT department, customer service,

19  marketing, and deal with corresponding agencies in Russia.

20       8.   Respondent's job has been to deal with the

21  financial aspects of the company.  As the business became ever

22  more successful, it was necessary for us to invest and manage the

23  profits.   That has been Respondent's responsibility.   Our

24  different responsibilities match our educational backgrounds.  My

25  degree was in business science in information systems.

26  Respondent's degree was in finance.

27       9.   Dream Marriage has approximately 30 employees (as

28  well as independent contractors), with offices in Los Angeles,

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 3

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1 In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2 California, in Las Vegas, Nevada, in Colleyville, Texas and in

3 Vancouver, Washington.  I am in regular daily contact, usually by

4 email, with our managers in the various offices, who then direct

5 the employees whom they supervise.  In the last several years,

6 this has not been Respondent's job.

7      10.  On the other hand, I have not been involved with

8 respect  to  the  financial  decisions,  which  were  left  to

9 Respondent.  Until the recent events described below, I did not

10 question Respondent's activities with respect to our financial

11 accounts, as I trusted him.  Since the events which I will now

12 describe, Respondent has attempted to take over my duties, giving

13 instructions to our managers, countermanding instructions and

14 priorities which I have assigned to them, and causing them to

15 raise questions to me relating to "who is in charge" and to whom

16 should they listen.

17      11.  That, coupled with the misappropriations described

18 below,  has  required  me  to  bring  this  request  to  exclude

19 Respondent's  participation  in  the  business  or  to  limit  his

20 ability to access or spend assets, to restrain him from hiring,

21 firing or giving directions to the accounting department without

22 my consent, and to preclude him from attempting to interfere in

23 the everyday business decisions which have been my purview.

24      12.  On June 25, 2013 I received a telephone call from

25 a  number  I  did  not  recognize  and  which  I  did  not  answer.

26 Approximately three minutes later, I received a text showing a

27 picture of Respondent and a young child.  I telephoned Respondent

28 and asked him what it was.  He said it was a "fake" and asked

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1184
310-207-8228

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1   <u>In Re Marriage of POPOVA/ZAVIALOV   L.A.S.C. Case No. BD 588 375</u>

2   what the source was.  I then called the telephone number that I

3   had not answered previously.  The woman who answered told me her

4   name was Olga, and that she was "Ilia's <u>other</u> wife."  I have

5   since met Olga.  Her last name is Gorban.  I have also met the

6   child that Respondent fathered with Olga.

7        13.  When   I   confronted   Respondent   with   this

8   information, he admitted that he had fathered a child with Olga.

9   He admitted to me that he had moved her to Washington where he

10   maintained her in one of our homes, and that he then moved her

11   back to the Los Angeles area where he has maintained her in a

12   home.

13        14.  Shortly after I confronted Respondent about Olga,

14   Respondent began trying to interfere with the people at our

15   business who are under my supervision and with whom I have worked

16   for years.  The managers began asking me who was in charge and

17   informing me that Respondent was trying to change the priorities

18   that I had set.  I discussed this issue with Respondent and asked

19   him not to interfere with my work and not to interfere in  the

20   daily operations of the business so as to prevent confusion.

21   Respondent  initially  agreed  that  he  would  not  contact  our

22   employees directly, and that he would send his "requests" through

23   me.  But then he warned: "There will be a lot of requests."

24        15.  Despite his agreement and his threats, he has <u>not</u>

25   complied.  Instead, he continues to send emails directly to our

26   employees.  I know this not only because the managers have told

27   me, but also because the emails to our employees go through our

28   company email system such that I receive them.

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2      16.  On August 26, 2013 I reviewed the records of calls

3  sent and received by Respondent on his cell phone (which is in my

4  name) to see if he was still talking to Olga.  I saw that he was

5  receiving numerous calls from a number which, when I checked, was

6  also in Respondent's name.  In other words, a telephone in his

7  name was calling his phone.  When I confronted Respondent with

8  this information, he admitted that there was another woman, who

9  had given birth to another child of his.  This other child is

10 approximately one year old.  The woman in question is named

11 Katerina.  I do not know her last name, but Respondent has

12 admitted his relationship with Katerina to me and admitted that

13 he has a child with her.

14      17.  I moved out of our family residence in Malibu on

15 August 26, 2013 with our child, André, and moved into a two-

16 bedroom apartment in Playa Vista maintained by our business for

17 visiting business associates.  André and I, and André's nanny and

18 the nanny's husband, have been living in that two-bedroom

19 apartment.

20      18.  After  learning  about  Olga,  I  conducted

21 investigations into some of the business' financial aspects.

22 Attached hereto and incorporated herein as Exhibit "C" are

23 printouts of cash that Respondent has withdrawn from the

24 business's PayPal account, into which some of our clients pay

25 their subscription.  He was withdrawing approximately $404 in

26 cash almost every day during the month of August, 2012, totaling

27 $10,906.  See also, Exhibits "L" and "M" hereto showing

28 withdrawals of $500 or more on July 5, and August 5, 8 and 13,

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 6

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1 | In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2 | 2013, and Exhibit "K" showing a $300 withdrawal on July 8, 2013.

3 |     19.   Respondent admitted to me that he has taken cash

4 | out of PayPal for the purpose of supporting his two mistresses

5 | and his children with them.  He admitted to me on one occasion

6 | that he had spent approximately $300,000 on Olga.   Later he

7 | changed the story to say that he had spent approximately $300,000

8 | total on Olga and Katerina combined.  He then gave me $100,000

9 | which he said was partial repayment, which he said he was paying

10 | from his "personal" account.  Of course, everything we have is

11 | community property.  So half of said $100,000 was mine to begin

12 | with.

13 |     20.   After interviewing our company accountant, Jeffrey

14 | Wilens, I also learned that (in addition to the _cash_ stolen by

15 | Respondent), he pays his own credit card charges from company

16 | funds and instructs our accountant to book them under marketing

17 | or travel, without backup.  Attached hereto as Exhibit "J" is a

18 | page of a Wells Fargo statement showing two payments of

19 | Respondent's American Express card on Aug. 1 and 5, 2013 in the

20 | amounts of $18,705.81 and 2,464.32.  Attached hereto as Exhibit

21 | "K" is a Wells Fargo statement showing payments of Respondent's

22 | American Express card in July 2013 in the amounts of $9,778.34

23 | and $6,550.86.   Attached hereto as Exhibit "I" is a Chase

24 | activity statement for the business showing $6,664.51 charged at

25 | "Gro Outdoor Living" which can have no business purpose.  I am

26 | informed and believe that it was for the purchase of trees

27 | delivered to our house at 12815 SE Rivercrest Dr., Vancouver,

28 | Washington, were Olga lived.

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 7

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdstat\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1  In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2      21.  I also learned from our in-house accountant that

3  Respondent had been taking distributions throughout the year.

4  Respondent never disclosed this fact to me.  He always told me

5  that we just received our bonuses at the end of the year.  I do

6  not have any knowledge as to what Respondent did with these

7  distributions.  However, I have learned that Respondent has paid

8  expenditures incurred by Olga and Katerina on credit cards and

9  that he wrote checks for a business that he and Olga formed

10  without my knowledge.

11      22.  I also discovered that Respondent had been making

12  large withdrawals from a personal Bank of America account,

13  without my knowledge or consent.  Attached hereto and

14  incorporated herein collectively as Exhibit "D" are printouts of

15  checks by Respondent totaling $224,000 between September 9, 2012

16  and September 3, 2013.  I believe that Respondent misappropriated

17  those funds from our community property to support his mistresses

18  or to invest in his mistress' business.

19      23.  I also discovered that Respondent has been

20  charging expenses on a Bank of America credit card, ending number

21  0577.  Attached hereto as Exhibit "L" and "M" are two statements

22  for a Dream Marriage Group, Inc. account.  There are also charges

23  for a Barkely card on Exhibit "M".  I have no knowledge of

24  Respondent having a Barkley card, so I suspect this belongs to

25  one of his mistresses.

26      24.  Additionally, on a Bank of America card in the

27  name of Nova Technologies, another of our entities formed during

28  marriage, respondent has been charging obviously personal

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1184
310-207-8228

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

1  expenses which cannot be related to the business. For example,
2  I discovered two entries incurred on August 29, 2013 at the
3  Venetian/Palazo Hotel totaling $1,072.16. A copy of the relevant
4  page of the Bank of America statement for said account is
5  attached hereto as Exhibit "E."

6  25. I have discovered that Respondent has been
7  transferring money from Dream Marriage to other businesses
8  controlled by him, including to Zarr Studios Inc., a movie studio
9  he formed about three months ago, and $30,000 to Nova
10 Technologies, Inc. Attached hereto as Exhibit "J" is a printout
11 of pages 6-8 of an activity report of a Dream Marriage Wells
12 Fargo account. See p. 8 thereof. Attached hereto collectively
13 as Exhibit "N" are copies of the corresponding checks Respondent
14 used for that purpose.

15 26. In addition, I learned from Olga (confirmed by
16 Respondent's admission to me) that he had given her money from
17 our business to establish her own internet modeling agency.
18 Respondent did this without my knowledge or consent. Attached
19 hereto and incorporated herein as Exhibit "F" is a copy of a
20 printout I made concerning the business "Models-Planet.US"
21 showing Olga Gorban as its owner, and listing one of our houses,
22 located at 12815 SE Rivercrest Drive in Vancouver, Washington as
23 its address. I am informed and believe that the business Olga
24 and Respondent founded with our money also does business under
25 the name Models-Place.com and Models-Place, L.L.C. I do not know
26 the total amount of our community property monies used by
27 Respondent to start a business with his mistress. I am informed

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

DECLARATION OF ANASTASIA POPOVA

ET E:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd  (X3)  9/15/13 7:41 am

1   In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2   and believe that said business is now defunct, so that the

3   entirety of the funds misappropriated and utilized by Respondent

4   for that venture have been lost.

5       27.   Respondent's interference with the operations of

6   Dream Marriage Group, Inc. and his misappropriations of funds are

7   having an immediate and devastating effect on the company.  For

8   the first time, in August, 2013, the corporation has posted a

9   monthly loss.  Attached hereto and incorporated herein as Exhibit

10  "G" is a copy of the Profit and Loss Statement for Dream Marriage

11  Group, Inc. for August 2013.

12      28.   While I was packing to move out of our house and

13  take André to the Playa Vista apartment, I discovered

14  approximately $80,000 worth of gold and silver coins, plus

15  $17,000 in cash in Respondent's closet.  Respondent had never

16  informed me of this private hoard which he was accumulating.

17      29. For all of these reasons, I contend that

18  Respondent cannot be trusted to manage the finances of our

19  business at the present time.  Nor is it in the best interest of

20  our business to allow him to interfere with the operation side of

21  the business, which I have successfully run since the inception

22  of the business.

23

24      I declare, under penalty of perjury, under the laws of the

25  State of California, that the foregoing is true and correct.

26      Executed September ____, 2013 at Los Angeles, California.

27

28

**SEE ATTACHED
TELECOPIED SIGNATURE**

_____
ANASTASIA POPOVA

TROPE and TROPE LLP
ATTORNEYS AT LAW.
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1164
310-207-8228

Page 10

DECLARATION OF ANASTASIA POPOVA

ET I:\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd (X3) 9/15/13 7:41 am

1   In Re Marriage of POPOVA/ZAVIALOV  L.A.S.C. Case No. BD 588 375

2   and believe that said business is now defunct, so that the

3   entirety of the funds misappropriated and utilized by Respondent

4   for that venture have been lost.

5         27.  Respondent's interference with the operations of

6   Dream Marriage Group, Inc. and his misappropriations of funds are

7   having an immediate and devastating effect on the company.  For

8   the first time, in August, 2013, the corporation has posted a

9   monthly loss.  Attached hereto and incorporated herein as Exhibit

10  "G" is a copy of the Profit and Loss Statement for Dream Marriage

11  Group, Inc. for August 2013.

12        28.  While I was packing to move out of our house and

13  take André to the Playa Vista apartment, I discovered

14  approximately $80,000 worth of gold and silver coins, plus

15  $17,000 in cash in Respondent's closet.  Respondent had never

16  informed me of this private hoard which he was accumulating.

17        29.  For all of these reasons, I contend that

18  Respondent cannot be trusted to manage the finances of our

19  business at the present time.  Nor is it in the best interest of

20  our business to allow him to interfere with the operation side of

21  the business, which I have successfully run since the inception

22  of the business.

23

24        I declare, under penalty of perjury, under the laws of the

25  State of California, that the foregoing is true and correct.

26        Executed September 15, 2013 at Los Angeles, California.

27

28                              _Anastasia Popova_
                                ANASTASIA POPOVA

TROPE and TROPE LLP
ATTORNEYS AT LAW
12121 WILSHIRE BLVD.
SUITE 801
LOS ANGELES, CA
90025-1104
310-207-8325

DECLARATION OF ANASTASIA POPOVA                Page 10

ET  (\wpdata\EEE58\DEC 2013-09-13 Anastasia Popova (Ex Parte-Community Business).wpd  (X3) 9/15/13 7:41 am

2:54 PM

09/05/13

Accrual Basis

# Dream Marriage Group, Inc
## Balance Sheet
### As of August 31, 2013

|  | Aug 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PayPal Bank | 576,802.38 |
| Wells Fargo #9187 | 390,487.97 |
| Wells Fargo Savings #3989 | 500,335.58 |
| East West Bank #1227 | 52,936.87 |
| Bank of America #8123 | 57,450.05 |
| US Bank #0404 | 50,940.63 |
| Nevada State Bank #5382 | 52,814.50 |
| 1st. Century #8499 | 384.04 |
| **Total Checking/Savings** | 1,682,152.02 |
| **Total Current Assets** | 1,682,152.02 |
| **Fixed Assets** | |
| Computers & Equipment | 110,373.09 |
| Computer Software | 1,672.96 |
| Construction Expenses | 7,643.78 |
| Company Vehicles | 69,070.53 |
| Accumulated Depreciation | -28,388.00 |
| **Total Fixed Assets** | 160,372.36 |
| **TOTAL ASSETS** | 1,842,524.38 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Distribution - 2012 | -1,051,811.91 |
| Retained Earnings-S/Corp 2012 | 1,055,036.91 |
| Net Income | 1,839,299.38 |
| **Total Equity** | 1,842,524.38 |
| **TOTAL LIABILITIES & EQUITY** | 1,842,524.38 |

EXHIBIT____A____

## Global Casualty Unlimited Inc.
### Balance Sheet
*As at 30 June 2013*

| | Note | June 30, 2013 US$ | December 31, 2012 US$ |
|---|---|---|---|
| **ASSETS** | | | |
| Cash at Bank | 2 | 25,014.17 | 102,089.17 |
| Investments | 2 | 5,560,890.04 | 5,474,818.66 |
| Total Cash and Investments | | 5,585,904.21 | 5,576,907.83 |
| Tax Receivable | | 1,535.00 | 1,535.00 |
| Prepaid Expenses | | 10,490.00 | - |
| Accrued Income | 3 | 2,915.42 | 6,743.15 |
| **TOTAL ASSETS** | | **5,600,844.63** | **5,585,185.98** |
| | | | |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| Accrued Expenses | | 3,632.00 | 2,223.11 |
| Prepaid Premium | | 59,815.62 | 59,815.62 |
| Loan from shareholder | | 44,833.11 | 23,130.00 |
| Taxes Payable | | - | - |
| Reserve for Unearned Premium | | 333,333.33 | 750,000.00 |
| Reserve for OSLR Losses | | - | - |
| Reserve for IBNR Losses | | 250,000.00 | 250,000.00 |
| **Total Liabilities** | | **691,614.06** | **1,085,168.73** |
| | | | |
| **Equity** | | | |
| Share Capital | 4 | 25,000.00 | 25,000.00 |
| Contribution Surplus | | 20,801.32 | 20,801.32 |
| Retained Earnings | | 4,863,429.25 | 4,454,215.93 |
| **Total Equity** | | **4,909,230.57** | **4,500,017.25** |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | | **5,600,844.63** | **5,585,185.98** |

**EXHIBIT** *B*

*B-1*

# Global Casualty Unlimited Inc.
## Income Statement
### For the 6 month period ending 30 June 2013

|  | June 30, 2013 | December 31, 2012 |
|---|---|---|
|  | US$ | US$ |
| Premium Written | - | 1,140,688.98 |
| Reinsurance Premium Assumed | - | - |
| Change in UEPR Reserves | 416,666.67 | (37,500.00) |
| Reinsurance Premium Ceded | - | - |
| Stop Loss Premium Ceded | - | - |
| **Net Premium Earned** | 416,666.67 | 1,103,188.98 |
| Paid Losses | - | - |
| LAE Paid | - | - |
| Movement in OSLR Losses | - | - |
| Movement in IBNR Losses | - | - |
| Total Losses | - | - |
| Ceding Commission | - | - |
| Commission Income | - | - |
| Other Underwriting Income | - | - |
| Commission Expense | - | - |
| Change in Deferred Commissions | - | - |
| Other Underwriting Income/Expenses | - | - |
| **Net Underwriting Income/(Loss)** | 416,666.67 | 1,103,188.98 |
| Interest Received | 1,415.92 | 10,796.99 |
| Change in accrued Interest Income | 3,827.73 | 1,325.19 |
| Purchased Income | - | - |
| Dividends Received | - | - |
| Unrealized Gains/(Losses) | - | - |
| Realized Gains/(Losses) | - | - |
| Bank Charges | - | (2.00) |
| **Net Investment Income/(Loss)** | 5,243.65 | 12,120.18 |
| Management Fee | 9,250.00 | 16,250.00 |
| Registered Agent Fees | 150.00 | 300.00 |
| License Fees | 1,000.00 | 2,000.00 |
| Government Fees | 90.00 | 180.00 |
| Tax Prepapration fees | 875.00 | - |
| Actuarial Fees | 1,000.00 | (2,000.00) |
| Other Expenses | 332.00 | (626.89) |
| **Total Administration Expenses** | 12,697.00 | 16,103.11 |
| **Net Income/(Loss) Before Tax** | 409,213.32 | 1,099,206.05 |
| Tax Expense | - | 2,765.77 |
| **Net Income/(Loss) After Tax** | 409,213.32 | 1,096,440.28 |

Global Casualty 2013-6 FS.xls

B-2

**ATLAS INSURANCE** MANAGEMENT

**ANNUAL REVIEW CLIENT QUESTIONNAIRE**

| | |
|---|---|
| Company name | GLOBAL CASUALTY UNLIMITED Inc., |
| Company no. | 1018588 |
| Annual return date | 9-Aug-13 |

**Instructions:-** Please review the following information carefully. If any information is incorrect it should be scored out and the correct information written in the space provided. This questionnaire must be signed by a director.

| | PER ATLAS RECORDS | CHANGES |
|---|---|---|
| SHAREHOLDERS | Ilia Zavialov | |
| DIRECTORS | Ilia Zavialov<br><br>Anastasia Popova | |
| OFFICERS (LIST)<br>Secretary<br>President<br>Treasurer | Ilia Zavialov<br>Ilia Zavialov<br>Ilia Zavialov | |

The contact details for each person / entity named above is as follows:

| | PER ATLAS RECORDS | CHANGES |
|---|---|---|
| Name | Ilia Zavialov | |
| Home address | 2533 N. Carson St., Ste. #3988<br>Carson City<br>NV<br>89706<br>USA | |
| Mailing address | 12815 SE Rivercrest Dr,<br>Vancouver,<br>WA<br>98683<br>USA | |
| Telephone # | +1 (877) 373-6277<br>+1 (310) 200-8875 | |
| Email | dream_marriage@yahoo.com | |
| Name | Anastasia Popova | |
| Home address | 2969 Harbor Cove Dr,<br>Las Vegas<br>NV<br>89128<br>USA | |
| Mailing address | | |
| Telephone # | +1 (877) 373-6277 | |
| Email | dream_marriage@yahoo.com | |
| Name | | |
| Home address | | |
| Mailing address | | |
| Telephone # | | |
| Email | | |

I hereby declare that the above information is complete, true and correct

| *Ilia N. Zavialov* | IUA ZAVIALOV | DIRECTOR | 08/20/13 |
|---|---|---|---|
| Signature | Name | Position | Date |

B-3

**Popova, Anastassia**

| Date | Time | Zone | Location | Cur | | | | Type | Status |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2012 | 13:38 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/2/2012 | 11:13 | America/Los_Angeles | 8485 WILSHR BV,BVRLY HLS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/4/2012 | 12:18 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/5/2012 | 18:13 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/6/2012 | 12:11 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/7/2012 | 12:47 | America/Los_Angeles | W LAKE VONS   D,THOUSAND OAKS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/8/2012 | 10:15 | America/Los_Angeles | *POINT DUME,MALIBU,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/8/2012 | 17:39 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/9/2012 | 11:48 | America/Los_Angeles | 974 WSTLKE BL,WSTLKE VLG,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/10/2012 | 9:58 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/11/2012 | 13:38 | America/Los_Angeles | 1345 AVE OF AMERIC,NY,NY,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/12/2012 | 10:59 | America/Los_Angeles | 1320 Ave of the Am,New York,NY,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/13/2012 | 10:29 | America/Los_Angeles | *EMPIRE STATE,NEW YORK,NY,US | USD | -403 | -1 | -404 | ATM Withdrawal | Co   ld |
| 8/14/2012 | 13:24 | America/Los_Angeles | *EMPIRE STATE,NEW YORK,NY,US | USD | -403 | -1 | -404 | ATM Withdrawal | Con, ..ed |
| 8/15/2012 | 18:12 | America/Los_Angeles | *LAX-TERMINAL 3 AR,LOS ANGELES,CA,US | USD | -402 | -1 | -403 | ATM Withdrawal | Completed |
| 8/16/2012 | 17:38 | America/Los_Angeles | 400 N ROXBURY DR,BEVERLY HILLS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/17/2012 | 9:17 | America/Los_Angeles | *POINT DUME,MALIBU,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/18/2012 | 14:55 | America/Los_Angeles | *WESTLAKE VILLAGE,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completed |
| 8/19/2012 | 19:40 | America/Los_Angeles | 100 WILSHIRE BLVD,SANTA MONICA,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completec |
| 8/20/2012 | 20:38 | America/Los_Angeles | 180 N MOORPARK RD,THOUSAND OAKS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completec |
| 8/22/2012 | 12:49 | America/Los_Angeles | 9550 S SANTA MONIC,BEVERLY HILLS,CA,US | USD | -402 | -1 | -403 | ATM Withdrawal | Completec |
| 8/25/2012 | 10:23 | America/Los_Angeles | *WILSHIRE-ROBERTSO,BEVERLY HILLS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completec |
| 8/26/2012 | 14:48 | America/Los_Angeles | 2797 AGOURA RD,,WESTLAKE VILL,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completec |
| 8/28/2012 | 18:35 | America/Los_Angeles | 8485 WILSHR BV,BVRLY HLS,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Completec |
| 8/29/2012 | 11:41 | America/Los_Angeles | 974 WSTLKE BL,WSTLKE VLG,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Complete |
| 8/29/2012 | 13:50 | America/Los_Angeles | 1550 WESTWOOD BLVD,LOS ANGELES,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Complete |
| 8/31/2012 | 9:24 | America/Los_Angeles | 29211 HEATHERCLIFF,MALIBU,CA,US | USD | -403 | -1 | -404 | ATM Withdrawal | Complete |

EXHIBIT  _C_

Bank Of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/previ

**Bank of America** 🦅 〰️                                    *Online Banking*

## Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000001099 |
| **Posting date:** | 09/07/2012 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |

EXHIBIT __D__

𝒟-1

9/7/2013 10:27 PM

Bank Of America | Online Banking | Accounts | Account Details | A...     https://secure.bankofamerica.com/myaccounts/details/deposit/previo

**Bank of America** 📶                                    Online Banking

### Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

|  |  |
|---:|:---|
| **Check number:** | 00000001099 |
| **Posting date:** | 09/07/2012 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



D-2

1 of 1                                                    9/7/2013 10:26 PM

Bank of America | Online Banking | Accounts | Account Details | A...      https://secure.bankofamerica.com/myaccounts/details/deposit/prev

**Bank of America** 🇺🇸

*Online Banking*

## Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000001100 |
| **Posting date:** | 12/07/2012 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



1 of 1

D-3

9/7/2013 10:24 PM

Bank of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/previo...

**Bank of America** 🇺🇸

*Online Banking*

**Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001100 |
| **Posting date:** | 12/07/2012 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



D-4

1 of 1

9/7/2013 10:24 PM

Bank of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/sear...

**Bank of America** 🇺🇸

*Online Banking*

**Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001101 |
| **Posting date:** | 03/26/2013 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



D-5

| of 1

9/8/2013 12:34 PM

Bank of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/searc

## Bank of America

### Online Banking

### Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000001101 |
| **Posting date:** | 03/26/2013 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



of 1

D-6

9/8/2013 12:34 PM

Bank of America | Online Banking | Accounts | Account Details | A...     https://secure.bankofamerica.com/myaccounts/details/deposit/acc

**Bank of America**

Online Banking

**Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000001103 |
| **Posting date:** | 06/04/2013 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |

# Bank of America ⬭⬭⬭                                                Online Banking

## Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000001103 |
| **Posting date:** | 06/04/2013 |
| **Amount:** | -50,000.00 |
| **Type:** | Check |
| **Description:** | Check |



D-8

Bank Of America | Online Banking | Accounts | Account Details | A...        https://secure.bankofamerica.com/myaccounts/details/deposit/accou...

**Bank of America** 🇺🇸                                    *Online Banking*

**Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000001107 |
| **Posting date:** | 09/03/2013 |
| **Amount:** | -24,000.00 |
| **Type:** | Check |
| **Description:** | Check |

D-9

9/7/2013 10:23 PM

Bank Of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/accou

**Bank of America** 〰️                                              *Online Banking*

### Adv Tiered Interest Chkg - 4475: Account Activity Transaction Details

| | |
|---|---|
| **Check number:** | 00000001107 |
| **Posting date:** | 09/03/2013 |
| **Amount:** | -24,000.00 |
| **Type:** | Check |
| **Description:** | Check |

D-13
9/7/2013 10:28 PM

NOVA TECHNOLOGIES INC | Account # ▉ 9827 | August 01, 2013 to August 31, 2▉

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # 4635 5210 0058 3732 | |
| 08/07/13 | 3600 LAS VEGAS  08/07 #000253708 WITHDRWL 3600 LAS VEGAS BL  LAS VEGAS       NV | -505.99 |
| 08/14/13 | CHECKCARD  0813 WA VEHICLE LICENSING 360-6641487  WA 2449280322511800015 8684 CKCD 9399 4635521000583732 4635 5210 0058 3732 | -53.75 |
| 08/19/13 | USPS 570988036  08/17 #000000366 PURCHASE 13884 HIGHWAY 191  BONDURANT  WY | -64.00 |
| 08/26/13 | CITY NATIONAL   08/24 #000000264 WITHDRWL 400 N ROXBURY DR   BEVERLY HILLS CA | -503.00 |
| 08/26/13 | CHECKCARD  0823 EQUINOX MOTO #712 866-332-6549 CA 24610433235004013575654 RECURRING CKCD 7997 4635521000583732 4635 5210 0058 3732 | -265.00 |
| 08/26/13 | CHECKCARD  0824 WA VEHICLE LICENSING 360-6641487  WA 2449280323711800019 6466 CKCD 9399 4635521000583732 4635 5210 0058 3732 | -68.75 |
| 08/29/13 | CHECKCARD  0827 VENETIAN/PALAZZO FRT DE LAS VEGAS    NV 24610433240004059216108 CKCD 3773 4635521000583732 4635 5210 0058 3732 | -614.08 |
| 08/29/13 | CHECKCARD  0827 VENETIAN/PALAZZO ROOM R LAS VEGAS    NV 24610433240004059224870 CKCD 3773 4635521000583732 4635 5210 0058 3732 | -458.08 |
| | Subtotal for card account # ▉▉▉ 3732 | -$2,532.65 |
| | Total withdrawals and other debits | -$12,336.95 |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 08/12/13 | 1176 | -3,666.95 |
| Total checks | | -$3,666.95 |
| Total # of checks | | 1 |

## Service fees

Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $175.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

Help to avoid Overdraft & NSF.
Set up Alerts through Online Banking and receive messages by email or text to inform you when your balance is low. Set up Overdraft Protection to automatically transfer available funds to your account from a linked savings, credit card, or second checking account to help cover items that would overdraw your account. You can set up both services via Online Banking at bankofamerica.com, by visiting a banking center, or by calling the toll-free number on your statement for details. Changes generally take effect after 2 business days, but can take up to 10 business days, depending on the type of account you've chosen to link for Overdraft Protection service.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 08/07/13 | 3600 LAS VEGAS  08/07 #000253708 WITHDRWL | -2.00 |
| 08/26/13 | CITY NATIONAL   08/24 #000000264 WITHDRWL | -2.00 |
| Total service fees | | -$4.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

EXHIBIT __E__


About      Pricing      Contact                                    Account

# models-planet.us

Check owner, analyse website, whois history

Watch over domain

| Reminders | Monitoring | Security | Notes & Files | Finances | Whois |
|---|---|---|---|---|---|
| Advanced domains and hosting reminders | Website and server uptime monitoring | Antivirus and blacklists checking every | Store your minds and files for any of your | Keep tracking your finances and invoices | Full information on your website |

## Whois

### Registrar

| | |
|---|---|
| ICANN Registrar | GoDaddy.com, Inc. |
| Created | 2011-11-29 |
| Expires | 2013-11-28 |
| Updated | 2012-11-29 |
| Registrar Status | clientDeleteProhibited |

### Owner

| | |
|---|---|
| Name / Organization | Olga Gorban |
| Address | 12815 SE Rivercrest Dr |
| E-mail | Gorban_Olga@yahoo.com |
| Phone / Fax | +1.5617166585 |

### Hosting

| | |
|---|---|
| IP | 50.63.202.49 |
| Address | United States / Scottsdale |
| Name Servers | · ns73.domaincontrol.com |
| | · ns74.domaincontrol.com |

EXHIBIT __F__

3:21 PM
09/06/13
Accrual Basis

# Dream Marriage Group, Inc
## Profit & Loss
### August 2013

|  | Aug 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| PayPal Media Payment Sales | 391,402.39 |
| Humboldt Payment Sales | 136,206.31 |
| Btot/Mtot Payments Sales | 213,884.88 |
| Bkcrd Payment Sales | 87,015.43 |
| American Express Payment Sales | 57,272.37 |
| Nbx Payment Sales | 21,465.98 |
| Woodforest Sales | 18,524.20 |
| Paddingta Trading Payment Sales | 122,265.10 |
| Dispute reimbursements | 228.00 |
| Refunds Sent | -1,052.80 |
| **Total Sales** | 1,047,211.86 |
| **Other Misc. Income** | |
| Interest Income | 127.47 |
| Money Dividends/Debit Cash Back | 4.48 |
| **Total Other Misc. income** | 131.95 |
| **Total Income** | 1,047,343.81 |
| **Cost of Goods Sold** | |
| Outside Services-Affiliates | 331,387.53 |
| Affiliate Payroll Service | 100,000.00 |
| Marketing Expense | 249,118.37 |
| Merchant Fee's | 27,599.89 |
| Bank Wire Fee's Affiliates | 6,318.00 |
| Bank Wire Fees | 24.00 |
| Pay Pal Account Fees | 12,719.51 |
| Bank Service Charges | 299.77 |
| Chargebacks-Visa/MC | 827.99 |
| Chargebacks-AMX | 99.00 |
| Chargebacks-Paypal | 1,558.93 |
| **Office Expense** | |
| Management Fees | 308,400.00 |
| Web Services | 4,184.80 |
| Meals and Entertainment | 28.00 |
| Office Expenses/Supplies | 376.44 |
| Travel/Business | 8,292.37 |
| Security Alarm | 35.99 |
| Rent | 1,240.00 |
| **Total Office Expense** | 322,557.60 |
| **Total COGS** | 1,052,510.59 |
| **Gross Profit** | -5,166.78 |
| **Expense** | |
| **Auto Expenses** | |
| Automobile Expense | 33.72 |
| Gas | 107.49 |
| **Total Auto Expenses** | 141.21 |
| **Corporate Donations** | |
| Donations | 11,000.00 |
| **Total Corporate Donations** | 11,000.00 |
| **Insurance** | |
| Auto Insurance | 431.58 |
| **Total Insurance** | 431.58 |
| **Professional Fees** | |
| Accounting Fees | 5,260.00 |
| Legal Fees | 11,922.85 |



EXHIBIT ___G___

G-1

3:21 PM
09/06/13
Accrual Basis

# Dream Marriage Group, Inc
## Profit & Loss
### August 2013

|  | Aug 13 |
|---|---|
| Total Professional Fees | 17,182.85 |
| Taxes | |
| Corp taxes | 150.00 |
| Total Taxes | 150.00 |
| Utilities | |
| Internet/Phones | 107.13 |
| Total Utilities | 107.13 |
| Total Expense | 29,012.77 |
| Net Ordinary Income | -34,179.55 |
| Net Income | -34,179.55 |

G-2

# ᴅᴀᴡᴀʀᴇ ᴅᴇᴘᴏsɪᴛᴏʀʏ sᴇʀᴠɪᴄᴇ ᴄ ᴘᴀɴʏ
### 3601 North Market Street
### Wilmington, DE 19802
### Telephone: 302-765-3889

## Account Administration Billing Statement
## for the period January 1, 2013 to June 30, 2013

Ilia Zavialov
Anastasia Popova
2969 Harbor Cove Drive
Las Vegas, NV  89128

Account #:   33783   DDSC-PS

*Closing Spot Prices:  Gold:1,224.70 Silver:19.52 Platinum:1,337.90 Palidium:659.90

| Product | Days Open | Units | Ending Balances Units | Metal Value | Rate | Admin. Fee | Close Date |
|---|---|---|---|---|---|---|---|
| GOLD - Canadian Maple Leaf, .9999 Fine -- 1 oz. | 181 | 487.586 | 263.000 | $322,096.10 | 0.300% | $ 1,139.04 | 6/30/1 |
| GOLD - Austrian Philharmonic, Any Year -- 1 oz. | 181 | 138.398 | 50.000 | $61,235.00 | 0.300% | $ 329.44 | 6/30/1 |
| SILVER - Bullion Bar -- 1000 oz. | 181 | 38,504.783 | 38,504.783 | $751,613.36 | SPEC | $ 1,947.56 | 6/30/1 |

ADMINISTRATION FEE - Sum of Daily Fee Computation...........   $3,416.04

## To Expedite your next transaction, please ensure that you have returned your Account Documents

Glossary of Terms

"Days Open" - Number of days a position existed for this product during the billing cycle.

"Units" -  Customer's daily average holdings (in units) for this product for the number of 'Days Open' indicated.

"Ending Balance - Units" - Customer's holdings (in units) of this product at close of business on 6/30/2013

"Ending Balance - Metal Value" - The total value of the customer's material using the spot price at the close of business on 6/30/2013

"Rate %" - Annual Rate used to compute administration fee

"Admin.Fee" - Sum of (Daily Holdings in oz. of product  X Daily Closing Spot Price X Rate divided by 365 days)

"Close Date" - The date a position closed, prior to 6/30/2013, during the billing cycle

## BILLING SUMMARY

| Due From Previous Billing | Current Billing | Total Due |
|---|---|---|
| $.00 | $3,416.04 | $3,416.04 |

Please return this portion of the statement with payment in the enclosed envelope

EXHIBIT ___ H 

Account Activity

Page 1



S. OSINEV (...5212)

## Temporary Authorizations

| Trans Date | Type | Description | Amou |
|---|---|---|---|
| 09/09/2013 | Pending | O NEILLS TOOLS INC | $55.00 |

## Posted Activity

Since Last Statement

| Trans Date | Post Date | Type | Description | Expense Category | Amou |
|---|---|---|---|---|---|
| 09/06/2013 | 09/06/2013 | Sale | LOWES #00907 | Home Repair | $365.23 |
| 09/05/2013 | 09/06/2013 | Sale | MACY'S EAST #384 | Miscellaneous | $129.99 |
| 09/05/2013 | 09/06/2013 | Sale | LOWES #02579 | Home Repair | $84.89 |
| 09/05/2013 | 09/06/2013 | Sale | IKEA PORTLAND | Household | $196.96 |
| 09/05/2013 | 09/06/2013 | Sale | CITY LIQUIDATORS INC | Household | $119.90 |
| 09/05/2013 | 09/06/2013 | Sale | MACY'S EAST #381 | Miscellaneous | $569.95 |
| 09/04/2013 | 09/06/2013 | Sale | CHEVRON 0203373 | Auto Related | $26.12 |
| 09/04/2013 | 09/06/2013 | Sale | THE HOME DEPOT 4007 | Home Repair | $253.08 |
| 09/04/2013 | 09/06/2013 | Sale | GRQ OUTDOOR LIVING | Miscellaneous | $6,664.51 |
| 09/04/2013 | 09/05/2013 | Sale | OFFICE DEPOT #2241 | Work Related | $51.04 |
| 09/04/2013 | 09/05/2013 | Sale | WASHMAN 600 | Auto Related | $10.00 |
| 09/04/2013 | 09/05/2013 | Sale | E-FILLIATE | Work Related | $180.53 |
| 09/04/2013 | 09/05/2013 | Sale | WWW.NEWEGG.COM | Household | $281.99 |
| 09/03/2013 | 09/05/2013 | Return | THE HOME DEPOT 4007 | Home Repair | -$22.87 |
| 09/03/2013 | 09/05/2013 | Sale | THE HOME DEPOT 4007 | Home Repair | $38.88 |
| 09/03/2013 | 09/05/2013 | Return | THE HOME DEPOT 4007 | Home Repair | -$69.66 |



EXHIBIT ___I

Account number: ████9187  ■  Au_ _ _ 1, 2013 - August 31, 2013  ■  Page 6 of 8



---

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/01 | 122.54 | Bankcard Discount 130731 548298400000085 Dream Marriage Group I |
| | 08/01 | 199.00 | Bankcard-8566 Btot Adj 130731 518089890100035 Dream Marriage Inc |
| | 08/01 | 145,000.00 | WT Fed#04282 City National Bank /Ftr/Bnf=Dream World Partners, Inc Srf# IN13080108454528 Trn#130801073200 Rfb# 000000101 *personal AMEX* |
| | 08/01 | 18,705.81 | American Express ACH Pmt 130801 S5300 Ilia Zavialov |
| | 08/01 | 260.00 | Transactioncorpo Webpayment 130731 Dream Marriage |
| | 08/02 | 128.53 | Bankcard Discount 130801 548298400000085 Dream Marriage Group I |
| | 08/02 | 945.39 | Merch Svc Bkcrd Fees 130731 899000001839354 Dream Marriage |
| | 08/02 | 305.05 | Authnet Gateway Billing 30384318 Dream Marriage Group, |
| | 08/05 | 9.99 | Bankcard Btot Adj 130802 548298400000085 Dream Marriage Group I |
| | 08/05 | 118.14 | Bankcard Discount 130802 548298400000085 Dream Marriage Group I |
| | 08/05 | 159.02 | Bankcard Discount 130804 548298400000085 Dream Marriage Group I |
| | 08/05 | 188.97 | Bankcard Discount 130804 548298400000085 Dream Marriage Group I |
| | 08/05 | 258.24 | American Express Axp Discnt 130805 5271018566 5271018566 |
| | 08/05 | 2,096.17 | American Express Axp Discnt 130805 5461367419 Dream Marria5461367419 |
| | 08/05 | 4,735.28 | Bankcard Mtot Disc 130731 548298400000085 Dream Marriage Inc |
| | 08/05 | 5,347.86 | Bankcard-8566 Mtot Disc 130731 518089890100035 Dream Marriage Inc |
| | 08/05 | 5,347.86 | Bankcard-8566 Mtot Disc 130731 518089890100035 Dream Marriage Inc |
| | 08/05 | 87,000.00 | Chase Epay 130803 1616077561 594210078876603 |
| | 08/05 | 4,256.16 | Humboldt MS Deposit 130802 897200145885 Dream Marriage Group I |
| | 08/05 | 2,464.32 | American Express ACH Pmt 130804 S1664 Ilia Zavialov *→ AMEX* |
| | 08/05 | 35.00 | Nbx Merchant Nbx Merch 130801 000000037948693 Dream Marriage Group I |
| | 08/05 | 35.00 | Nbx Merchant Nbx Merch 130801 000000037948694 Dream Marriage Group I |
| | 08/06 | 102.42 | Bankcard Discount 130805 548298400000085 Dream Marriage Group I |
| | 08/06 | 190.00 | Transactioncorpo Webpayment 130805 Dream Marriage |
| | 08/06 | 78.25 | Transactioncorpo Webpayment 130805 Dream Marriage |
| | 08/07 | 215.01 | Bankcard Discount 130806 548298400000085 Dream Marriage Group I |
| | 08/08 | 172.04 | Bankcard Discount 130807 548298400000085 Dream Marriage Group I |
| | 08/08 | 35,397.00 | WT Fed#06191 Bank of America, N /Ftr/Bnf=Ads4Dough Srf# IN13080811065173 Trn#130808081488 Rfb# 000000102 |
| | 08/09 | 129.84 | Bankcard Discount 130808 548298400000085 Dream Marriage Group I |
| | 08/09 | 303,935.22 | WT Fed#01297 Comerica Bank /Ftr/Bnf=United Euro Inc Srf# IN13080913011302 Trn#130809115308 Rfb# 000000103 |
| | 08/12 | 210.43 | Client Analysis Srvc Chrg 130809 Svc Chge 0713 000006989089187 |
| | 08/12 | 148.44 | Bankcard Discount 130811 548298400000085 Dream Marriage Group I |
| | 08/12 | 153.94 | Bankcard Discount 130809 548298400000085 Dream Marriage Group I |
| | 08/12 | 165.80 | Bankcard Discount 130811 548298400000085 Dream Marriage Group I |
| | 08/12 | 69.00 | Paychex Eib Invoice 130812 x51135300002684 Dream Marriage Inc |
| | 08/13 | 4.22 | Bankcard Btot Adj 130812 548298400000085 Dream Marriage Group I |
| | 08/13 | 132.27 | Bankcard Discount 130812 548298400000085 Dream Marriage Group I |
| | 08/13 | 209.25 | Transactioncorpo Webpayment 130812 Dream Marriage |
| | 08/13 | 60.00 | Merch Svc Bkcrd Chbk 130812 899000001839354 Dream Marriage |
| | 08/14 | 108.41 | Bankcard Discount 130813 548298400000085 Dream Marriage Group I |



J-1



**WELLS FARGO**

---

**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/14 | 152.75 | Bankcard Btot Adj 130813 548298400000085 Dream Marriage Group I |
| | 08/14 | 10,000.00 | WT Fed#01822 Silicon Valley Ban /Ftr/Bnf=W4 LLC Srf# IN13081411092608 Trn#130814087532 Rfb# 000000106 |
| | 08/14 | 39,737.00 | WT Fed#09149 Bank of America, N /Ftr/Bnf=Neverblue Media Company Srf# IN13081410323697 Trn#130814079601 Rfb# 000000105 |
| | 08/14 | 95,000.00 | WT Fed#09053 City National Bank /Ftr/Bnf=Dream World Partners, Inc Srf# IN13081410305464 Trn#130814079337 Rfb# 000000104 |
| | 08/15 | 104.03 | Bankcard-8566 Btot Adj 130814 518089890100035 Dream Marriage inc |
| | 08/15 | 165.14 | Bankcard Discount 130814 548298400000085 Dream Marriage Group I |
| | 08/15 | 264.50 | Transactioncorpo Webpayment 130814 Dream Marriage |
| | 08/16 | 168.18 | Bankcard Discount 130815 548298400000085 Dream Marriage Group I |
| | 08/16 | 19,188.00 | WT Fed#09375 Bank of America, N /Ftr/Bnf=Neverblue Media Company Srf# IN13081612234304 Trn#130816115548 Rfb# 000000107 |
| | 08/19 | 158.84 | Bankcard Discount 130818 548298400000085 Dream Marriage Group I |
| | 08/19 | 195.84 | Bankcard Discount 130818 548298400000085 Dream Marriage Group I |
| | 08/19 | 196.07 | Bankcard Discount 130816 548298400000085 Dream Marriage Group I |
| | 08/20 | 157.80 | Bankcard Discount 130819 548298400000085 Dream Marriage Group I |
| | 08/20 | 199.00 | Bankcard Btot Adj 130819 548298400000085 Dream Marriage Group I |
| | 08/20 | 201.00 | Transactioncorpo Webpayment 130819 Dream Marriage |
| | 08/21 | 99.00 | Bankcard-8566 Btot Adj 130820 518089890100035 Dream Marriage Inc |
| | 08/21 | 234.86 | Bankcard Discount 130820 548298400000085 Dream Marriage Group I |
| | 08/22 | 95.90 | Bankcard Discount 130821 548298400000085 Dream Marriage Group I |
| | 08/22 | 330.00 | Transactioncorpo Webpayment 130821 Dream Marriage |
| | 08/23 | 149.19 | Bankcard Discount 130822 548298400000085 Dream Marriage Group I |
| | 08/23 | 314.50 | Transactioncorpo Webpayment 130822 Dream Marriage |
| | 08/26 | 106.23 | Bankcard Discount 130823 548298400000085 Dream Marriage Group I |
| | 08/26 | 177.60 | Bankcard Discount 130825 548298400000085 Dream Marriage Group I |
| | 08/26 | 180.19 | Bankcard Discount 130825 548298400000085 Dream Marriage Group I |
| | 08/27 | 163.84 | Bankcard Discount 130826 548298400000085 Dream Marriage Group I |
| | 08/27 | 37,801.00 | WT Fed#02008 Bank of America, N /Ftr/Bnf=Coleadium Inc. DBA A4D Srf# IN13082712220638 Trn#130827102453 Rfb# 000000108 |
| | 08/27 | 100,000.00 | WT Fed#02295 Citibank, N.A. /Ftr/Bnf=Sentry Global Payroll Srf# IN13082712260928 Trn#130827103407 Rfb# 000000109 |
| | 08/27 | 233.75 | Transactioncorpo Webpayment 130826 Dream Marriage |
| | 08/28 | 97.17 | Bankcard Discount 130827 548298400000085 Dream Marriage Group I |
| | 08/28 | 99.00 | American Express Chgbck/Adj 130828 5461367419 Dream Marria5461367419 |
| | 08/29 | 270.58 | Recur Debit Crd Pmt08/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 463240404374117 ?McC=6300 |
| | 08/29 | 58.52 | Recur Debit Crd Pmt08/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 463240409087735 ?McC=6300 |
| | 08/29 | 102.48 | Recur Debit Crd Pmt08/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 003240409246571 ?McC=6300 |
| | 08/29 | 135.77 | Bankcard Discount 130828 548298400000085 Dream Marriage Group I |
| | 08/29 | 257.25 | Transactioncorpo Webpayment 130828 Dream Marriage |
| | 08/30 | 114.94 | Bankcard Discount 130829 548298400000085 Dream Marriage Group I |

**$926,109.79**   **Total electronic debits/bank debits**

J-L

Account number:  9187  ■  Au.. 1, 2013 - August 31, 2013  ■  Page 8 of 8


**WELLS FARGO**

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1335 | 1,240.00 | 08/02 | 1341 | 1,095.37 | 08/16 | 1344 | 20,000.00 | 08/15 |
| 1337* | 10,000.00 | 08/01 | 1342 | 274.20 | 08/16 | 1345 | 7,008.28 | 08/27 |
| 1339* | 77.13 | 08/16 | 1343 | 3,416.04 | 08/20 | 1346 | 2,755.28 | 08/27 |
| 1340 | 7,137.24 | 08/16 | | | | | | |
| | **$53,003.54** | | **Total checks paid** | | | | | |

\* Gap in check sequence.

| | **$979,113.33** | | **Total debits** |
|---|---|---|---|

**Daily ledger balance summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/31 | 417,390.03 | 08/12 | 170,147.53 | 08/22 | 234,994.56 |
| 08/01 | 258,169.77 | 08/13 | 212,624.34 | 08/23 | 251,092.11 |
| 08/02 | 337,703.65 | 08/14 | 81,494.53 | 08/26 | 327,670.45 |
| 08/05 | 297,661.55 | 08/15 | 80,679.53 | 08/27 | 222,483.96 |
| 08/06 | 357,957.67 | 08/16 | 75,503.70 | 08/28 | 358,751.89 |
| 08/07 | 390,233.13 | 08/19 | 146,772.68 | 08/29 | 372,648.36 |
| 08/08 | 382,381.09 | 08/20 | 186,884.62 | 08/30 | 390,487.97 |
| 08/09 | 101,891.56 | 08/21 | 204,361.61 | | |
| | **Average daily ledger balance** | | **$237,595.68** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

J-3

Account number: ▓▓▓▓9187 ■ Ju_ 2013 - July 31, 2013 ■ Page 6 of 9



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/31 | 3,276.60 | Bankcard Btot Dep 130730 548298400000085 Dream Marriage Group I |
| | 07/31 | 3,057.00 | Bankcard-8566 Btot Dep 130730 518089890100035 Dream Marriage Inc |
| | 07/31 | 2,162.05 | Merch Svc Bkcrd Dep 130730 899000001839354 Dream Marriage |
| | 07/31 | 1,142.99 | American Express Settlement 130731 5461367419 Dream Marria5461367419 |
| | 07/31 | 198.00 | Bankcard-8566 Btot Adj 130730 518089890100035 Dream Marriage Inc |
| | 07/31 | 60.00 | American Express Settlement 130731 5271018566 5271018566 |
| | | **$998,773.45** | **Total electronic deposits/bank credits** |
| | | **$998,773.45** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/01 | 58.52 | Recur Debit Crd Pmt06/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 283179410525327 ?McC=6300 |
| | 07/01 | 102.48 | Recur Debit Crd Pmt06/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 003179410684774 ?McC=6300 |
| | 07/01 | 270.58 | Recur Debit Crd Pmt06/28 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 283179410982801 ?McC=6300 |
| | 07/01 | 99.00 | Bankcard-8566 Btot Adj 130630 518089890100035 Dream Marriage Inc |
| | 07/01 | 99.00 | Bankcard Btot Adj 130628 548298400000085 Dream Marriage Group I |
| | 07/01 | 201.78 | Bankcard Discount 130628 548298400000085 Dream Marriage Group I |
| | 07/01 | 209.38 | Bankcard Discount 130630 548298400000085 Dream Marriage Group I |
| | 07/01 | 218.87 | Bankcard Discount 130630 548298400000085 Dream Marriage Group I |
| | 07/01 | 145,000.00 | WT Fed#02139 City National Bank /Ftr/Bnf=Dream World Partners, Inc Srf# IN13070109385605 Trn#130701099254 Rfb# 000000094 |
| | 07/01 | 936.62 | Merch Svc Bkcrd Fees 130628 899000001839354 Dream Marriage |
| | 07/01 | 301.50 | Transactioncorpo Webpayment 130628 Dream Marriage |
| | 07/02 | 173.85 | Bankcard Discount 130701 548298400000085 Dream Marriage Group I |
| | 07/02 | 4,801.57 | Bankcard Mtot Disc 130630 548298400000085 Dream Marriage Group I |
| | 07/02 | 5,170.99 | Bankcard-8566 Mtot Disc 130630 518089890100035 Dream Marriage Inc |
| | 07/02 | 311.25 | Authnet Gateway Billing 30070547 Dream Marriage Group, |
| | 07/03 | 99.00 | Bankcard-8566 Btot Adj 130702 518089890100035 Dream Marriage Inc |
| | 07/03 | 173.16 | Bankcard Discount 130702 548298400000085 Dream Marriage Group I |
| | 07/03 | 3,676.95 | Humboldt MS Deposit 130702 897200145885 Dream Marriage Group I |
| | 07/03 | 205.50 | Transactioncorpo Webpayment 130702 Dream Marriage |
| | 07/03 | 35.00 | Nbx Merchant Nbx Merch 130701 000000037309275 Dream Marriage Group I |
| | 07/03 | 35.00 | Nbx Merchant Nbx Merch 130701 000000037309276 Dream Marriage Group I |
| | 07/05 | 186.66 | Bankcard Discount 130704 548298400000085 Dream Marriage Group I |
| | 07/05 | 201.64 | Bankcard Discount 130703 548298400000085 Dream Marriage Group I |
| | 07/05 | 237.59 | American Express Axp Discnt 130705 5271018566 5271018566 |
| | 07/05 | 2,019.92 | American Express Axp Discnt 130705 5461367419 Dream Marria5461367419 |
| | 07/05 | 9,778.34 | American Express ACH Pmt 130704 S8230 Ilia Zavialov |



EXHIBIT ___K___

K-1



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/08 | 300.00 | ATM Withdrawal - 07/08 Mach ID 0645B 9600 Santa Monica Blvd Bev. Hills CA 7327 0006126 |
| | 07/08 | 149.95 | American Express Chgbck/Adj 130706 5461367419 Dream Marria5461367419 |
| | 07/08 | 182.36 | Bankcard Discount 130707 548298400000085 Dream Marriage Group I |
| | 07/08 | 190.83 | Bankcard Discount 130707 548298400000085 Dream Marriage Group I |
| | 07/08 | 229.85 | Bankcard Discount 130705 548298400000085 Dream Marriage Group I |
| | 07/08 | 304,594.54 | WT Fed#04403 Comerica Bank /Ftr/Bnf=United Euro Inc Srf# IN13070810340034 Trn#130708080046 Rfb# 000000095 |
| | 07/08 | 286.50 | Transactioncorpo Webpayment 130705 Dream Marriage |
| | 07/08 | 73.25 | Transactioncorpo Webpayment 130705 Dream Marriage |
| | 07/09 | 146.62 | Bankcard Discount 130708 548298400000085 Dream Marriage Group I |
| | 07/09 | 32,226.37 | WT Fed#02559 Jpmorgan Chase Ban /Ftr/Bnf=Parthenon Software Group, Inc Srf# IN13070914264606 Trn#130709128242 Rfb# 000000096 |
| | 07/10 | 31.07 | Bankcard-8566 Btot Adj 130709 518089890100035 Dream Marriage Inc |
| | 07/10 | 175.25 | Bankcard Discount 130709 548298400000085 Dream Marriage Group I |
| | 07/10 | 240.50 | Transactioncorpo Webpayment 130709 Dream Marriage |
| | 07/10 | 49.00 | Paychex Eib Invoice 130710 x50642600011124 Dream Marriage Inc |
| | 07/11 | 222.22 | Client Analysis Srvc Chrg 130710 Svc Chge 0613 000006989089187 |
| | 07/11 | 60.00 | Bankcard-8566 Btot Adj 130710 518089890100035 Dream Marriage Inc |
| | 07/11 | 200.14 | Bankcard Discount 130710 548298400000085 Dream Marriage Group I |
| | 07/12 | 204.84 | Bankcard Discount 130711 548298400000085 Dream Marriage Group I |
| | 07/12 | 27,973.00 | WT Fed#03614 Bank of America, N /Ftr/Bnf=Neverblue Media Company Srf# IN13071213071056 Trn#130712133449 Rfb# 000000097 |
| | 07/12 | 349.75 | Transactioncorpo Webpayment 130711 Dream Marriage |
| | 07/15 | 99.00 | Bankcard-8566 Btot Adj 130712 518089890100035 Dream Marriage Inc |
| | 07/15 | 194.35 | Bankcard Discount 130712 548298400000085 Dream Marriage Group I |
| | 07/15 | 195.97 | Bankcard Discount 130714 548298400000085 Dream Marriage Group I |
| | 07/15 | 199.00 | Bankcard-8566 Btot Adj 130714 518089890100035 Dream Marriage Inc |
| | 07/15 | 208.56 | Bankcard Discount 130714 548298400000085 Dream Marriage Group I |
| | 07/15 | 6,550.86 | American Express ACH Pmt 130715 S7050 Ilia Zavialov |
| | 07/16 | 1,613.17 | POS Purchase - 07/15 Mach ID 000000 Best Buy 112 Thousand Oaksca 7327 000000000036610327 ?McC=5732 |
| | 07/16 | 165.31 | Bankcard Discount 130715 548298400000085 Dream Marriage Group I |
| | 07/16 | 82,000.00 | WT Fed#08952 City National Bank /Ftr/Bnf=Dream World Partners, Inc Srf# IN13071609351870 Trn#130716061923 Rfb# 000000098 |
| | 07/16 | 28,227.67 | Chase Epay 130715 1602891078 594210078876603 |
| | 07/16 | 218.25 | Transactioncorpo Webpayment 130715 Dream Marriage |
| | 07/17 | 99.00 | Bankcard-8566 Btot Adj 130716 518089890100035 Dream Marriage Inc |
| | 07/17 | 207.56 | Bankcard Discount 130716 548298400000085 Dream Marriage Group I |
| | 07/18 | 153.28 | Bankcard Discount 130717 548298400000085 Dream Marriage Group I |
| | 07/18 | 349.50 | Transactioncorpo Webpayment 130717 Dream Marriage |
| | 07/19 | 211.23 | Bankcard Discount 130718 548298400000085 Dream Marriage Group I |
| | 07/22 | 157.48 | Bankcard Discount 130721 548298400000085 Dream Marriage Group I |
| | 07/22 | 215.68 | Bankcard Discount 130719 548298400000085 Dream Marriage Group I |
| | 07/22 | 251.59 | Bankcard Discount 130721 548298400000085 Dream Marriage Group I |

K-2

Account number: ●●●●●9187  ■  Ju    2013 - July 31, 2013  ■  Page 8 of 9



**WELLS FARGO**

---

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/22 | 125.70 | Verizon Paymentrec Urring 1231182823 Sentry Global Payroll |
| | 07/23 | 169.64 | Bankcard Discount 130722 548298400000085 Dream Marriage Group I |
| | 07/23 | 231.25 | Transactioncorpo Webpayment 130722 Dream Marriage |
| | 07/24 | 216.06 | Bankcard Discount 130723 548298400000085 Dream Marriage Group I |
| | 07/25 | 152.18 | Bankcard Discount 130724 548298400000085 Dream Marriage Group I |
| | 07/26 | 178.89 | Bankcard Discount 130725 548298400000085 Dream Marriage Group I |
| | 07/26 | 335.50 | Transactioncorpo Webpayment 130725 Dream Marriage |
| | 07/29 | 200,000.00 | Online Transfer to Dream Marriage Group Inc Ref #Ibek262Y8N Business High Yield Savingregular |
| | 07/29 | 173.75 | Bankcard Discount 130726 548298400000085 Dream Marriage Group I |
| | 07/29 | 175.98 | Bankcard Discount 130728 548298400000085 Dream Marriage Group I |
| | 07/29 | 192.96 | Bankcard Discount 130728 548298400000085 Dream Marriage Group I |
| | 07/29 | 22,941.00 | WT Fed#00073 Bank of America, N /Ftr/Bnf=Neverblue Media Company Srf# IN13072909050303 Trn#130729069781 Rfb# 000000100 |
| | 07/29 | 28,061.62 | WT Fed#09962 Jpmorgan Chase Ban /Ftr/Bnf=Parthenon Software Group, Inc Srf# IN13072909030085 Trn#130729069355 Rfb# 000000099 |
| | 07/30 | 58.52 | Recur Debit Crd Pmt07/29 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 163210409255821 ?McC=6300 |
| | 07/30 | 102.48 | Recur Debit Crd Pmt07/29 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 003210409793257 ?McC=6300 |
| | 07/30 | 270.58 | Recur Debit Crd Pmt07/29 Allstate *Payme 800-255-7828 IL 425907xxxxxx7327 283210410530861 ?McC=6300 |
| | 07/30 | 131.65 | Bankcard Discount 130729 548298400000085 Dream Marriage Group I |
| | 07/30 | 149.00 | Bankcard Btot Adj 130729 548298400000085 Dream Marriage Group I |
| | 07/30 | 224.50 | Transactioncorpo Webpayment 130729 Dream Marriage |
| | 07/31 | 128.61 | Bankcard Discount 130730 548298400000085 Dream Marriage Group I |
| | | **$917,827.52** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1328 | 2,474.87 | 07/01 | 1331 | 135.00 | 07/22 | 1334 | 769.39 | 07/23 |
| 1329 | 11,054.72 | 07/01 | 1332 | 59.00 | 07/24 | 1336* | 206.54 | 07/30 |
| 1330 | 24,200.00 | 07/22 | 1333 | 4,497.06 | 07/19 | | | |
| | **$43,396.58** | | **Total checks paid** | | | | | |

\* Gap in check sequence.

| | | | |
|---|---|---|---|
| | **$961,224.10** | **Total debits** | |

---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 379,840.68 | 07/09 | 177,292.76 | 07/17 | 345,716.10 |
| 07/01 | 265,611.93 | 07/10 | 195,412.17 | 07/18 | 361,445.98 |
| 07/02 | 318,468.87 | 07/11 | 306,698.96 | 07/19 | 376,398.67 |
| 07/03 | 340,637.44 | 07/12 | 296,566.67 | 07/22 | 405,086.09 |
| 07/05 | 380,243.54 | 07/15 | 353,625.10 | 07/23 | 429,536.52 |
| 07/08 | 178,853.62 | 07/16 | 327,915.35 | 07/24 | 472,027.99 |

K - 3



**WELLS FARGO**

---

***Daily ledger balance summary***  *(continued)*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/25 | 486,861.15 | 07/29 | 379,919.44 | 07/31 | 417,390.03 |
| 07/26 | 502,951.15 | 07/30 | 402,239.00 | | |
| | **Average daily ledger balance** | **$360,446.96** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0034484

K-4



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

DREAM MARRIAGE GROUP INC
2969 HARBOR COVE DR
LAS VEGAS, NV  89128-7084

Bus Platinum Privileges

Customer service information

Customer service: 1.888.BUSINESS

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bus Platinum Privileges Business Advantage Checking

for July 1, 2013 to July 31, 2013

Account number: ████████-8123

### Account summary

| | |
|---|---|
| Beginning balance on July 1, 2013 | $33,982.92 |
| Deposits and other credits | 27,500.00 |
| Withdrawals and other debits | -8,711.89 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on July 31, 2013 | $52,771.03 |

# of deposits/credits: 3
# of withdrawals/debits: 22
# of deposited items: 0
# of days in cycle: 31
Average ledger balance: $38,502.63



## Find great cash back deals all around you.

Online or on your mobile device, BankAmeriDeals® makes it easy to get cash back at stores, restaurants, online merchants and services. Just choose the cash back deals, pay with your eligible debit or credit card and the cash back gets put into your Bank of America® account.

To get started, visit www.bankofamerica.com/deals or tap the "Deals" icon in Mobile Banking.



Scan this QR code
with your smartphone
and start picking
your deals now.

Bank of America, N.A. Member FDIC

 EXHIBIT ___L___

L-1

PULL: E  CYCLE: 51  SPEC: E  DELIVERY: E  TYPE:  IMAGE: B  BC: CAS

**Bank of America** 

Your checking account

DREAM MARRIAGE GROUP INC   |   Account # 8123   |   July 01, 2013 to July 31, 2013

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/18/13 | Paypal | Des:Transfer  Id:59nj279ddtt48 | 13,400.00 |
| 07/19/13 | Paypal | Des:Transfer  Id:59nj279g2aufs | 8,100.00 |
| 07/22/13 | Paypal | Des:Transfer  Id:59nj279rvzrcy | 6,000.00 |
| Total deposits and other credits | | | $27,500.00 |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/13 | Payroll Service  DES:Fee       ID:337307 | -48.00 |
| 07/03/13 | Online scheduled payment to CRD 0577 | -405.80 |
| 07/05/13 | Online Banking payment to CRD 0577 Confirmation# 1594904177 | -5,492.99 |
| 07/08/13 | PAYPAL       DES:INST XFER  ID:59NJ278G2APVJ | -768.47 |
| 07/25/13 | Online Banking payment to CRD 9227 Confirmation# 4176940452 | -440.42 |
| 07/29/13 | CAPITAL ONE     DES:ONLINE PMT ID:321039919409836 | -25.00 |
| Card account # 4635 5164 0220 9365 | | |
| 07/01/13 | CHECKCARD  0630 J2 *EFAX PLUS SERVICE 323-817-3205 CA 2469216318100012542583 5 RECURRING CKCD 5968 4635516402209365 4635 5164 0220 9365 | -33.90 |
| 07/02/13 | CHECKCARD  0701 GODADDY.COM 480-5058855  AZ 24906413182002117221800 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -14.99 |
| 07/03/13 | CHECKCARD  0702 GODADDY.COM 480-5058855  AZ 24906413183002141250527 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -59.98 |
| 07/03/13 | CHECKCARD  0702 Amazon.com AMZN.COM/BILLWA 24692163183000894020625 CKCD 5942 4635516402209365 4635 5164 0220 9365 | -20.20 |
| 07/05/13 | BKOFAMERICA ATM 07/04 #000009806 WITHDRWL VANCOUVER        VANCOUVER    WA | -500.00 |
| 07/05/13 | CHECKCARD  0704 YAHOO  *MAIL 866-562-7228 CA 24692163185000635194638 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -19.99 |
| 07/08/13 | CHECKCARD  0705 PSV*Stansberry Investme 888-2612693  MD 24351783186002183995594 CKCD 5968 4635516402209365 4635 5164 0220 9365 | -69.00 |
| 07/08/13 | CHECKCARD  0704 OFFICE DEPOT #2241 PORTLAND    OR 24445743186300269916431 CKCD 5943 4635516402209365 4635 5164 0220 9365 | -67.35 |
| 07/08/13 | CHECKCARD  0704 OFFICE DEPOT #2241 PORTLAND    OR 24445743186300269916506 CKCD 5943 4635516402209365 4635 5164 0220 9365 | -36.80 |

continued on the next page

# Paperless statements. Very smart.

Switching to paperless documents helps make secure record keeping easier. You can find, view, download and print any time—all in one place. You get email notifications when your statements are ready. Plus, it can help reduce the risk of mail fraud and identity theft.

To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking, find the green leaf icon on your account documents and click "go paperless."

L-2

DREAM MARRIAGE GROUP INC  |  Account  8123  |  July 01, 2013 to July 31, 2013

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/13 | CHECKCARD 0710 FEDEXOFFICE 00042952 AGOURA HILLS CA 24164073192069795559709 CKCD 7338 4635516402209365 4635 5164 0220 9365 | -0.65 |
| 07/15/13 | CHECKCARD 0714 DELKIND INC AGOURA HILLS CA 24015173195000881205697 CKCD 5542 4635516402209365 4635 5164 0220 9365 | -16.15 |
| 07/22/13 | ICE - LAX     07/21 #000045121 PURCHASE 6151 WEST CENTURY LOS ANGELES  CA | -511.35 |
| 07/24/13 | CHECKCARD 0723 PACIFIC AUDIT SOLUTIONS 503-2211024 OR 24717053205122052899810 CKCD 7523 4635516402209365 4635 5164 0220 9365 | -57.00 |
| 07/29/13 | CHECKCARD 0727 AT&T DATA 800-331-0500 GA 24493983208002164852706 RECURRING CKCD 4814 4635516402209365 4635 5164 0220 9365 | -30.00 |
| 07/31/13 | CHECKCARD 0730 J2 *EFAX PLUS SERVICE 323-817-3205 CA 24692163211000969073307 RECURRING CKCD 5968 4635516402209365 4635 5164 0220 9365 | -33.90 |
| Subtotal for card account # 4635 5164 0220 9365 | | -$1,471.26 |
| Card account # 4635 5165 0425 2909 | | |
| 07/05/13 | CHECKCARD 0702 PAYFLOW/PAYPAL 888-883-9770 TX 24492153184207733906359 RECURRING CKCD 8999 4635516504252909 4635 5165 0425 2909 | -59.95 |
| Subtotal for card account # 4635 5165 0425 2909 | | -$59.95 |
| Total withdrawals and other debits | | -$8,711.89 |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 33,901.02 | 07/12 | 26,384.85 | 07/24 | 53,300.35 |
| 07/02 | 33,886.03 | 07/15 | 26,368.70 | 07/25 | 52,859.93 |
| 07/03 | 33,400.05 | 07/18 | 39,768.70 | 07/29 | 52,804.93 |
| 07/05 | 27,327.12 | 07/19 | 47,868.70 | 07/31 | 52,771.03 |
| 07/08 | 26,385.50 | 07/22 | 53,357.35 | | |

L-3



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Bus Platinum Privileges

Customer service information

Customer service: 1.888.BUSINESS

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

DREAM MARRIAGE GROUP INC
2969 HARBOR COVE DR
LAS VEGAS, NV  89128-7084

## Your Bus Platinum Privileges Business Advantage Checking

for August 1, 2013 to August 31, 2013                    Account number: ▪▪▪▪▪▪ 8123

Please be sure to review the  important changes to your account explained in the notice enclosed with this statement.  We're available to discuss any questions you may have by calling us at the toll-free number on your statement or visiting a nearby banking center.

## Account summary

| | | |
|---|---:|---|
| Beginning balance on August 1, 2013 | $52,771.03 | # of deposits/credits: 3 |
| Deposits and other credits | 12,300.00 | # of withdrawals/debits: 32 |
| Withdrawals and other debits | -7,616.98 | # of deposited items: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -4.00 | Average ledger balance: $52,481.95 |
| Ending balance on August 31, 2013 | $57,450.05 | |



# Find great cash back deals all around you.

Online or on your mobile device, BankAmeriDeals® makes it easy to get cash back at stores, restaurants, online merchants and services. Just choose the cash back deals, pay with your eligible debit or credit card and the cash back gets put into your Bank of America® account.

To get started, visit www.bankofamerica.com/deals or tap the "Deals" icon in Mobile Banking.



Scan this QR code with your smartphone and start picking your deals now.

Bank of America, N.A. Member FDIC



EXHIBIT M

M-1

PBWL-E  CYCLE: 51  SPEC: E  DELIVERY: E  TYPE:  IMAGE: B  BC: CA3

**Bank of America** 

Your checking account

DREAM MARRIAGE GROUP INC   |   Account # 0█████ 8123   |   August 01, 2013 to August 31, 2013

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 08/12/13 | Paypal | Des:Transfer | Id:59nj27bw9q8s6 | 3,000.00 |
| 08/19/13 | Paypal | Des:Transfer | Id:59nj27cnyvd8u | 3,000.00 |
| 08/26/13 | Paypal | Des:Transfer | Id:59nj27dmtuqrn | 6,300.00 |
| Total deposits and other credits | | | | $12,300.00 |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/13 | Online Banking payment to CRD 0577 Confirmation# 0637484593 | -478.20 |
| 08/01/13 | Payroll Service  DES:Fee          ID:337307 | -48.00 |
| 08/05/13 | Online Banking payment to CRD 0577 Confirmation# 0655249027 | -491.99 |
| 08/08/13 | Online Banking payment to CRD 9227 Confirmation# 2797735273 | -919.80 |
| 08/12/13 | BARCLAYCARD US   DES:CREDITCARD ID:XXXXXXXXX | -1,619.68 |
| 08/12/13 | Online scheduled payment to CRD 9227 Confirmation# 2230541037 | -75.00 |
| 08/26/13 | BARCLAYCARD US   DES:CREDITCARD ID:XXXXXXXXX | -2.90 |
| 08/27/13 | Online scheduled payment to CRD 9227 Confirmation# 3460146445 | -439.52 |

Card account # 4635 5164 0220 9365

| Date | Description | Amount |
|------|-------------|-------:|
| 08/05/13 | BKOFAMERICA ATM 08/04 #000001808 WITHDRWL AGOURA          AGOURA          CA | -500.00 |
| 08/05/13 | CHECKCARD  0803 GODADDY.COM 480-5058855  AZ 24906413215002596441888 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -107.05 |
| 08/05/13 | CHECKCARD  0802 GODADDY.COM 480-5058855  AZ 24906413214002580447868 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -59.98 |
| 08/05/13 | EXXONMOBIL POS  08/05 #000686588 PURCHASE 4950 REYES ADOBE   AGOURA          CA | -47.54 |
| 08/06/13 | CHECKCARD  0805 ADT*SECURITY SERVICES 800-238-2455 FL 24692163217000161790801 RECURRING CKCD 7393 4635516402209365 4635 5164 0220 9365 | -35.99 |
| 08/07/13 | CHECKCARD  0806 GODADDY.COM 480-5058855  AZ 24906413218002636068516 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -16.94 |
| 08/08/13 | WELLS FARGO BN  08/08 #000053506 WITHDRWL LAS-VEGAS-D3  ON LAS VEGAS          NV | -503.00 |
| 08/12/13 | CHECKCARD  0810 GOGOAIR.COM 877-350-0038 IL 24692163222000204799267 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -49.95 |

continued on the next page

## Paperless statements. Very smart.

Switching to paperless documents helps make secure record keeping easier. You can find, view, download and print any time—all in one place. You get email notifications when your statements are ready. Plus, it can help reduce the risk of mail fraud and identity theft.

To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking, find the green leaf icon on your account documents and click "go paperless."

M-2

DREAM MARRIAGE GROUP INC   |   Account .  ▬▬▬ 8123   |   August 01, 2013 to August 31,   ͻ

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/13 | CHECKCARD  0809 GOGOAIR.COM 877-350-0038 IL 24692163221000839040278 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -10.00 |
| 08/12/13 | CHECKCARD  0810 GOGOAIR.COM 877-350-0038 IL 24692163222000204735451 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -3.99 |
| 08/13/13 | CHECKCARD  0813 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692163225000998257818 CKCD 5942 4635516402209365 4635 5164 0220 9365 | -52.19 |
| 08/14/13 | CHECKCARD  0814 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692163226000360150962 CKCD 5942 4635516402209365 4635 5164 0220 9365 | -3.25 |
| 08/15/13 | CHECKCARD  0814 GODADDY.COM 480-5058855  AZ 24906413226002748561085 RECURRING CKCD 4816 4635516402209365 4635 5164 0220 9365 | -84.27 |
| 08/20/13 | CHECKCARD  0819 GODADDY.COM 480-5058855  AZ 24906413231002817817403 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -1,006.07 |
| 08/21/13 | CHECKCARD  0820 GODADDY.COM 480-5058855  AZ 24906413232002833411768 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -141.00 |
| 08/21/13 | CHECKCARD  0820 GODADDY.COM 480-5058855  AZ 24906413232002833451285 CKCD 4816 4635516402209365 4635 5164 0220 9365 | -62.00 |
| 08/22/13 | CHECKCARD  0822 PPL*MEMBERSHIP - R 800-654-7757 OK 24692163234000306482909 RECURRING CKCD 5960 4635516402209365 4635 5164 0220 9365 | -204.00 |
| 08/26/13 | CITY NATIONAL   08/24 #000000262 WITHDRWL 400 N ROXBURY DR   BEVERLY HILLS CA | -503.00 |
| 08/26/13 | CHECKCARD  0824 DINAHS FAMILY RESTAURAN LOS ANGELES  CA 24493983237207925900216 CKCD 5812 4635516402209365 4635 5164 0220 9365 | -28.00 |
| 08/27/13 | CHECKCARD  0826 AT&T DATA 800-331-0500 GA 24493983238002122552129 RECURRING CKCD 4814 4635516402209365 4635 5164 0220 9365 | -30.00 |
| 08/28/13 | CHECKCARD  0827 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692163239000181773591 RECURRING CKCD 4899 4635516402209365 4635 5164 0220 9365 | -33.72 |
| Subtotal for card account # ▬▬▬ 9365 | | -$3,481.94 |
| Card account # ▬▬▬ 2909 | | |
| 08/05/13 | CHECKCARD  0802 PAYFLOW/PAYPAL 888-883-9770 TX 24492153215207733203701 RECURRING CKCD 8999 4635516504252909 4635 5165 0425 2909 | -59.95 |
| Subtotal for card account # ▬▬▬ 2909 | | -$59.95 |
| Total withdrawals and other debits | | -$7,616.98 |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/08/13 | WELLS FARGO BN  08/08 #000053506 WITHDRWL | -2.00 |
| 08/26/13 | CITY NATIONAL   08/24 #000000262 WITHDRWL | -2.00 |
| Total service fees | | -$4.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 52,244.13 | 08/07 | 50,925.39 | 08/13 | 50,689.78 |
| 08/05 | 50,978.32 | 08/08 | 49,500.59 | 08/14 | 50,686.53 |
| 08/06 | 50,942.33 | 08/12 | 50,741.97 | 08/15 | 50,602.26 |

continued on the next page

M-3

09/13/2013  15:28   1310651'°041          DREAM WORLD PARTNERS                PAGE  01/02

Wells Fargo View Check Copy                                                    Page 1 of

 Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | | Account Number |
|---|---|---|---|---|
| 1337 | 08/01/13 | $10,000.00 | ANALYZED BUSINESS CHECKING XXXXX9187 | |

DREAM MARRIAGE GROUP INC                                                1337

DATE 08/01/13

PAY TO THE ORDER OF Nova Technologies Inc.          $ 10,000.°°/₁₀₀

Ten Thousand dollars and °°/₁₀₀ cash                DOLLARS

FOR Management Fee                Dr. N. Zarebov

⑈000000133⑈ ⑆133000247⑈ 698908918⑈

☎ Equal Housing Lender

© 1996 - 2013 Wells Fargo. All rights reserved.

N-1

**EXHIBIT** _N_

09/13/2013  15:28  131065' ⁻ ⁻41          DREAM WORLD PARTNERS          PAGE  02/02

Wells Fargo View Check Copy                                    Page 1 of



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1344 | 08/15/13 | $20,000.00 | ANALYZED BUSINESS CHECKING XXXXXX9187 |

DREAM MARRIAGE GROUP INC

1344

DATE 08/14/13

PAY TO THE ORDER OF *Novus Technologies Inc*          $ 20,000.⁰⁰/₁₀₀

*Twenty thousand dollars and ⁰⁰/₁₀₀ cts* ——————— DOLLARS

FOR *Management Fee*          *Iva N. Bavriator*

⑈000000¹³⁴⁴⑈ ⑆¹²²000²⁴⁷⑆ ⁵⁹⁸⁹0⁸⁹¹⁸⁷⑈

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

N-2