EXHIBIT 5

Case 2:13-cv-02090-JAD-VCF   Document 12-5   Filed 12/05/13   Page 1 of 6

COPY
ORIGINAL FILED
OCT 1 8 2013

Scott G. Weber, Clerk, Clark Co.

Superior Court of Washington
County of CLARK

In re the Marriage of:

ILIA ZAVIALOV

Petitioner,

and

ANASTASIA POPOVA

Respondent.

No. **13-3-02205-0**

Petition for Dissolution
of Marriage
(PTDSS)

## I. Basis

**1.1 Identification of Petitioner**

ILIA ZAVIALOV, Birth date JUNE 12, 1979

Last known residence is CLARK County, WA.

**1.2 Identification of Respondent**

ANASTASIA POPOVA, Birth date 10/17/1975

Last known residence   Clark County, Washington but temporarily living in Los Angeles County, California.

**1.3 Children of the Marriage Dependent Upon Either or Both Spouses**

The petitioner and respondent are both the legal parents of the following dependent child:

ANDRE E. ZAVIALOV   Age 2

Pet for Disso of Marriage (PTDSS) - Page 1 of 5
WPF DR 01.0100 Mandatory (12/2012) - RCW 26.09.020

HOWARD H. MARSHACK
Attorney at Law
900 Washington Street, Suite 800
Vancouver, WA 98660
(360) 699-0500

FamilySoft FormPAK 2012

### 1.4 Allegation Regarding Marriage

This marriage is irretrievably broken.

### 1.5 Date and Place of Marriage

The parties were married on May 1, 2003 at Manassas, VA.

### 1.6 Separation

Petitioner and respondent separated on or about August 26, 2013 when the parties physically separated with the intention of dissolving their marriage.

### 1.7 Jurisdiction

This court has jurisdiction over the marriage.

This court has jurisdiction over the respondent because:

The respondent is currently residing in Washington, though temporarily residing in Los Angeles County California.

The petitioner and respondent lived in Washington during their marriage and the petitioner continues to reside in the marital residence in Clark County Washington

The petitioner and respondent may have conceived a child while within Washington.

### 1.8 Property

There is community or separate property owned by the parties. The court should make a fair and equitable division of all the property at a later date.

### 1.9 Debts and Liabilities

The parties have debts and liabilities. The court should make a fair and equitable division of all debts and liabilities at a later date.

### 1.10 Maintenance

Maintenance should not be ordered.

### 1.11 Continuing Restraining Order

Does not apply.

Pet for Disso of Marriage (PTDSS) - Page 2 of 5
WPF DR 01.0100 Mandatory (12/2012) - RCW 26.09.020

HOWARD H. MARSHACK
Attorney at Law
900 Washington Street, Suite 800
Vancouver, WA 98660
(360) 699-0500

FamilySoft FormPAK 2012

### 1.12 Protection Order

Does not apply.

### 1.13 Pregnancy

Neither spouse is pregnant.

### 1.14 Jurisdiction Over the Children

This state is the home state of the child because:

The child lived in Washington with a parent or a person acting as a parent for at least six consecutive months immediately preceding the commencement of this proceeding.

Any absences from Washington have been only temporary.

Washington was the home state of the child within six months before the commencement of this proceeding and the child is absent from the state but a parent or person acting as a parent continued to live in this state.

### 1.15 Child Support and Parenting Plan for Dependent Children

A parenting plan and an order of child support pursuant to the Washington State child support statutes should be entered for the following child who are dependent upon both parties.

Names of Children

ANDRE E. ZAVIALOV

The petitioner's proposed parenting plan for the child listed above will be filed and served at a later date pursuant to RCW 26.09.181.

During the last five years, the child has resided in no place other than the State of Washington and with no person other than the petitioner or the respondent.

However, the child has lived temporarily in California for over a year with one or both parents and is there at this time with his mother. The child has lived California temporarily due to a medical condition. It has always been the intention of one or both parties to return to the child's home state of Washington.

Claims to custody or visitation:

The petitioner does not know of any person other than the respondent who has physical custody of, or claims to have custody or visitation rights to, the child.

Pet for Disso of Marriage (PTDSS) - Page 3 of 5
WPF DR 01.0100 Mandatory (12/2012) - RCW 26.09.020

HOWARD H. MARSHACK
Attorney at Law
900 Washington Street, Suite 800
Vancouver, WA 98660
(360) 699-0500

FamilySoft FormPAK 2012

Involvement in any other proceeding concerning the child:

The petitioner has not been involved in any other proceeding regarding the child except on September 6, 2013, mother filed a Petition for Dissolution of Marriage in Los Angeles County, California under cause number BD588375.

Other legal proceedings concerning the child:

The petitioner knows of the following legal proceedings that concern the child

Petition for Dissolution of Marriage filed in Los Angeles County, California under cause number BD588375, filed on or about September 6, 2013.

**1.16 Other**

Does not apply.

## II. Relief Requested

The petitioner *requests* the Court to enter a decree of dissolution and to grant the relief below.

Approve the petitioner's proposed parenting plan for the dependent child listed in paragraph 1.15.

Determine support for the dependent child listed in paragraph 1.15 pursuant to the Washington State child support statutes.

Divide the property and liabilities.

Award the tax exemptions for the dependent child listed in paragraph 1.14 as follows: to father.

/////

/////

/////

/////

/////

Pet for Disso of Marriage (PTDSS) - Page 4 of 5
WPF DR 01.0100 Mandatory (12/2012) - RCW 26.09.020

HOWARD H. MARSHACK
Attorney at Law
900 Washington Street, Suite 800
Vancouver, WA 98660
(360) 699-0500

FamilySoft FormPAK 2012

/////

Order payment of reasonable attorney fees, other professional fees and costs in favor of father.

Dated: October 18, 2013

_____  13762
Howard Marshack
Attorney for Petitioner / WSBA No.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Vancouver, Washington, on October 17, 2013.

_Ilia N. Zavialov_
ILIA ZAVIALOV, Petitioner

Pet for Disso of Marriage (PTDSS) - Page 5 of 5
WPF DR 01.0100 Mandatory (12/2012) - RCW 26.09.020

HOWARD H. MARSHACK
Attorney at Law
900 Washington Street, Suite 800
Vancouver, WA 98660
(360) 699-0500

FamilySoft FormPAK 2012