1  Bradley Schrager, Esq.
   Nevada State Bar No. 10217
2  Daniel Bravo, Esq.
   Nevada State Bar No. 13078
3  WOLF, RIFKIN, SHAPIRO,
4  SCHULMAN & RABKIN, LLP
   3556 E. Russell Road, 2nd Floor
5  Las Vegas, Nevada 89120-2234
   Telephone: (702) 341-5200/Fax: (702) 341-5300
6  Email: bschrager@wrslawyers.com
7
   *Attorney for Defendant Anastasia Popova*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANASTASIA POPOVA, DOES 1 through 50, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> DREAM MARRIAGE GROUP, INC., <br><br> Nominal Party. | Case No: 2:13-cv-02090-JAD-VCF <br><br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order [Dkt. 3] of November 13, 2013, the parties submit the following Joint Status Report:

1. <u>Status of Action</u>: Plaintiff Ilia N. Zavialov (hereinafter "Plaintiff") commenced this action by filing a complaint on October 15, 2013, in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark (Case No. A-13-690188-C). Defendant Anastasia

Popova (hereinafter "Defendant") was served on October 15, 2013.

Defendant filed a Petition for Removal [Dkt. 1] on November 13, 2013. On November 20, 2013, all parties filed a Stipulation and Order for Extension of Time to Respond to Complaint [Dkt. 5], which was approved and signed by the Court on November 20, 2013 [Dkt. 6].

On November 26, 2013, Defendant filed a Statement Concerning Removal [Dkt. 7] in response to the Court's Minute Order of November 13, 2013, and served a copy of that Order on Plaintiff's counsel [Dkt. 8].

On December 5, 2013, Defendant filed a Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention, or in Further Alternative, To Transfer on Grounds of Forum Non Conveniens [Dkt. 10], which is pending before this Court. On December 5, 2013, Defendant filed a Request for Judicial Notice [Dkt. 12]. Neither Plaintiffs nor Defendants have taken any other action in this case.

2. <u>Action Required by Court</u>: None

3. <u>Pending Motions</u>: Defendant's Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention, or in Further Alternative, To Transfer on Grounds of Forum Non Conveniens [Dkt. 10].

DATED this 16th day of December, 2013.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: /s/ G. Mark Albright<br>G. Mark Albright, Esq.<br>Nevada State Bar No. 1394<br>Albright, Stoddard, Warnick & Albright<br>801 S. Rancho Drive, St. D-4<br>Las Vegas, NV 89106<br><br>*Attorney for Plaintiff Ilia N. Zavialov* | By: /s/ Bradley Schrager, Esq.<br>Bradley Schrager, Esq.<br>Nevada State Bar No. 10217<br>Daniel Bravo, Esq.<br>Nevada State Bar No. 13078<br>WOLF, RIFKIN, SHAPIRO,<br>SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120-2234<br><br>*Attorney for Defendant Anastasia Popova* |