**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
Quail Park 1, Suite D-4
801 South Rancho Drive
Las Vegas, NV 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. Zavialov, in the right of and for the benefit of Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Anastasia Popova, Does 1 through 50, inclusive, <br><br> Defendants, <br><br> and <br><br> Dream Marriage Group, Inc., <br><br> Nominal Party. | CASE NO.:   2:13-cv-02090-JAD-VCF <br><br><br> **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned, counsel of record for Plaintiff, ILA N. Zavialov (hereinafter "Plaintiff"), certifies that, in addition to the Plaintiff and Defendant herein, the following have an interest in the outcome of this case: DREAM MARRIAGE GROUP, INC. and DREAM WORLD PARTNERS, INC.

Plaintiff's counsel is unaware of any other business entity that may have a financial interest in the outcome of this litigation.

/ / /

/ / /

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this ___ day of December, 2013.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By_____
G. MARK ALBRIGHT, ESQ.,
Nevada Bar No. 1394
801 South Rancho Drive., Suite D-4
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

I certify that I am an employee of Albright, Stoddard, Warnick & Albright, and that on the 17 day of December, 2013, I served a true and correct copy of the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** upon all counsel of record by electronically serving the document using the Court's electronic filing system.

_____
An employee of Albright, Stoddard,
Warnick & Albright