Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com
*Attorney for Defendant Anastasia Popova*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANASTASIA POPOVA, DOES 1 through 50, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> DREAM MARRIAGE GROUP, INC., <br><br> Nominal Party. | Case No: 2:13-cv-02090-JAD-VCF <br><br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF ZAVIALOV'S TIME TO RESPOND TO MOTION TO DISMISS** |

WHEREAS Defendant Anastasia Popova filed a Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention, or in Further Alternative, to Transfer on Grounds of *Forum Non Conveniens* [Dkt. 10] on December 5, 2013, and Plaintiff Ilia N. Zavialov's time for responding to the Motion expires on December 23, 2013; and

WHEREAS, however, the parties, in a dissolution of marriage action pending in the Superior Court of Los Angeles County, California (*In Re Marriage of Popova/Zavialov*, Case No.


BD 588 375), are pursuing settlement regarding disputes concerning ownership, control, and/or division of marital property requiring court approval and implicating the subject matter of the present suit,

The undersigned parties, by and through their attorneys of record and pursuant to Local Rule 7-1, HEREBY STIPULATE that the time for Plaintiff to respond to Defendant's Motion shall be extended to and include January 22, 2014.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: /s/ G. Mark Albright <br> G. Mark Albright, Esq. <br> Nevada State Bar No. 1394 <br> Albright, Stoddard, Warnick & Albright <br> 801 S. Rancho Drive, St. D-4 <br> Las Vegas, NV 89106 <br><br> *Attorney for Plaintiff Ilia N. Zavialov* | By: /s/ Bradley Schrager, Esq. <br> Bradley Schrager, Esq. <br> Nevada State Bar No. 10217 <br> Daniel Bravo, Esq. <br> Nevada State Bar No. 13078 <br> WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, Nevada 89120-2234 <br><br> *Attorney for Defendant Anastasia Popova* |

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____