Bradley Schrager, Esq.
Nevada State Bar No. 10217
Daniel Bravo, Esq.
Nevada State Bar No. 13078
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: bschrager@wrslawyers.com
*Attorney for Defendant Anastasia Popova*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA N. ZAVIALOV, in the right of and for the benefit of DREAM MARRIAGE GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ANASTASIA POPOVA, DOES 1 through 50, Inclusive,<br><br>Defendants,<br><br>-and-<br><br>DREAM MARRIAGE GROUP, INC.,<br><br>Nominal Party. | Case No: 2:13-cv-02090-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF ZAVIALOV'S TIME TO RESPOND TO MOTION TO DISMISS** |

WHEREAS Defendant Anastasia Popova filed a Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention, or in Further Alternative, to Transfer on Grounds of *Forum Non Conveniens* [Dkt. 10] on December 5, 2013, and Plaintiff Ilia N. Zavialov's time for responding to the Motion expires on December 23, 2013; and

WHEREAS, however, the parties, in a dissolution of marriage action pending in the Superior Court of Los Angeles County, California (*In Re Marriage of Popova/Zavialov*, Case No.

1  BD 588 375), are pursuing settlement regarding disputes concerning ownership, control, and/or
2  division of marital property requiring court approval and implicating the subject matter of the
3  present suit,
4      The undersigned parties, by and through their attorneys of record and pursuant to Local
5  Rule 7-1, HEREBY STIPULATE that the time for Plaintiff to respond to Defendant's Motion
6  shall be extended to and include January 22, 2014.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: /s/ G. Mark Albright<br>G. Mark Albright, Esq.<br>Nevada State Bar No. 1394<br>Albright, Stoddard, Warnick & Albright<br>801 S. Rancho Drive, St. D-4<br>Las Vegas, NV 89106<br><br>*Attorney for Plaintiff Ilia N. Zavialov* | By: /s/ Bradley Schrager, Esq.<br>Bradley Schrager, Esq.<br>Nevada State Bar No. 10217<br>Daniel Bravo, Esq.<br>Nevada State Bar No. 13078<br>WOLF, RIFKIN, SHAPIRO,<br>SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120-2234<br><br>*Attorney for Defendant Anastasia Popova* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 20, 2013

-2-