ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
Quail Park 1, Suite D-4
801 South Rancho Drive
Las Vegas, NV 89106
Tel:   (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ilia N. Zavialov, in the right of and for the benefit of Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Anastasia Popova, Does 1 through 50, inclusive, <br><br> Defendants, <br><br> and <br><br> Dream Marriage Group, Inc., <br><br> Nominal Party. | CASE NO.:  2:13-cv-02090-JAD-VCF <br><br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFF ZAVIALOVS TIME TO RESPOND TO MOTION TO DISMISS** |

**WHEREAS,** Defendant Anastasia Popova filed a Motion to Dismiss or, in the Alternative, to Stay on Grounds of Abstention, or in Further Alternative, to Transfer on Grounds of *Forum Non Conveniens* [Dkt. 10] on December 5, 2013, and Plaintiff Ilia N. Zavialov's time for responding to the Motion expired on December 23, 2013; and

**WHEREAS,** on December 20, 2013, an extension of time to and including January 22, 2014 was granted to Plaintiff pursuant to a Stipulation and Order to Extend Plaintiff Zavialov's Time to Respond to said Motion to Dismiss; and

**WHEREAS,** however, the parties, in dissolution of marriage action pending in the Superior Court of Los Angeles County, California (*In Re Marriage of Popova/Zavialow*, Case No. BD 588 375),

are pursuing settlement regarding disputes concerning ownership, control, and/or division of marital property requiring court approval and implicating the subject matter of the present suit,

The undersigned parties, by and through their attorneys of record and pursuant to Local Rul 7-1, HEREBY STIPULATE that the time for Plaintiff to respond to Defendant's Motion shall be extended to and include February 3, 2014.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

By _____
G. MARK ALBRIGHT, ESQ.
Nevada State Bar No. 1394
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

Attorneys for Plaintiff Ilia N. Zavialov

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By _____
BRADLEY SCHRAGER, ESQ.
Nevada State Bar No. 10217
DANIEL BRAVO, ESQ.
Nevada State Bar No. 13078
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234

Attorneys for Defendant Anastasia Popova

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 22, 2014.