FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ilia N. Zavialov,<br><br>    Plaintiff<br><br>    v.<br><br>Anastasia Popova,<br><br>    Defendant | Case No.: 2:13-cv-02090-JAD-VCF<br><br>**Order Granting Motion to Transfer [Doc. 10]** |

For the reasons stated on the record in the July 7, 2014, hearing, the Court grants defendant Anastasia Popova's motion to transfer this action to the Central District of California (Doc. 10) based on the forum-non-conveniens doctrine. The Court does not reach the federal-abstention argument raised in the same motion. The Clerk of Court is directed to transfer this case accordingly.

DATED July 7, 2014.

_____
Jennifer A. Dorsey
United States District Judge